**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jobs For Youth - Chicago, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  EIN: 36-2996380 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City,  and State)<br>17 North State Street<br>Suite 600<br>Chicago, IL   ZIPCODE 60602 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 6426<br>Chicago, IL   ZIPCODE 60680 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check one  box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee (Check one box)**
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

**B1 (Official Form 1) (04/13)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Jobs For Youth - Chicago, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-***** - PDF-XChange 3.0

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Jobs For Youth - Chicago, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X   /s/ Jonathan Brand
Signature of Attorney for Debtor(s)

JONATHAN BRAND 6294885
Printed Name of Attorney for Debtor(s)

Lakelaw
Firm Name

420 West Clayton Street
Address

Waukegan, IL 60085

847.249.9100   dleibowitz@lakelaw.com
Telephone Number          e-mail

10/10/2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Carl Chaleff
Signature of Authorized Individual

CARL CHALEFF
Printed Name of Authorized Individual

Member of Board of Directors
Title of Authorized Individual

10/10/2013
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy 2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 31931-302Y-***** - PDF-XChange 3.0

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re   Jobs For Youth - Chicago, Inc.
_____
           **Debtor**

Case No. _____
                  **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | Total   0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy 2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y ****** - PDF-XChange 3.0

B6B (Official Form 6B) (12/07)

In re __Jobs For Youth - Chicago, Inc.__                    Case No. _____
      **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account @ Bank of America (ending in -0911) | | 2,123.56 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Director & Officer Insurance The Bensman Group 2333 N. Waukegan Road Bannockburn, IL 60015 (Face Value of Policy) | | 6,150.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B6B (Official Form 6B) (12/07) - Cont.

In re  Jobs For Youth - Chicago, Inc.
           **Debtor**

Case No. _____
                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Voucher Reimbursement - Alternative Schools Network | | 23,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Bestcaseipcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y,*****

In re   Jobs For Youth - Chicago, Inc.                                    Case No. _____
                    **Debtor**                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | | Computers, cables, old server, archived files<br>Medley Self Storage<br>251 E. 95th Street, Chicago IL 60619 | | 2,100.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Telephones, servers, printiers, projector, cables, cartridges, files<br>East Bank Storage<br>730 W. Lake Street, Chicago IL 60661 | | 5,950.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 30931-302Y-*****

___0___  continuation sheets attached    Total    |$    39,323.56

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  Jobs For Youth - Chicago, Inc. _____,    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0665 <br><br> Bank of America NA <br> P.O. Box 45144 <br> FL 9-100-04-24 <br> Bldg. 100, Floor 4 <br> Jacksonville, FL 32232-9923 | | | Lien: Line of Credit <br> Security: 2,123.56 <br><br><br> VALUE $        2,123.56 | | | X | 55,763.82 | 53,640.26 |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

  0   continuation sheets attached

|  | | Subtotal ➤ (Total of this page) | $    55,763.82 | $    53,640.26 |
|---|---|---|---|---|
|  | | Total ➤ (Use only on last page) | $    55,763.82 | $    53,640.26 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B6E (Official Form 6E) (04/13)

In re Jobs For Youth - Chicago, Inc. _____,   Case No. _____
                          Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re  Jobs For Youth - Chicago, Inc. _____,     Case No. _____
                    Debtor                                                                     (if known)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.2-792 - 30931-302Y-*****

                                        <u>  2  </u> **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re  Jobs For Youth - Chicago, Inc.                          ,          Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dominic M. Serpico (deceased) <br> Certified Public Accountant <br> 500 Redondo Drive, Unit 507 <br> Downers Grove, IL 60516 | | | Incurred: February 2013 and March 2013 | | | | 2,400.00 | 2,400.00 | 0.00 |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) → | $ 2,400.00 | $ 2,400.00 | $ 0.00

Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) → | $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) → | $ | $ | $

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Jobs For Youth - Chicago, Inc. _____ ,    Case No. _____
         Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet) Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3030<br><br>Illinois Department of Commerce & Economic Opportunity<br>500 East Monroe Street, Floor 10<br>Springfield, IL 62701 | | | Incurred: FY 2012 | | | X | 109,666.51 | 109,666.51 | 0.00 |
| ACCOUNT NO. 85-8<br><br>Illinois Dept of Employment Security<br>Chicago Region - Revenue<br>33 S. State Street, 10th Floor<br>Chicago, IL 60603-2802 | | | Incurred: 12/31/2012, 3/31/2013, 6/30/2013 | | | | 81,855.08 | 0.00 | 81,855.08 |
| ACCOUNT NO. 6380<br><br>Internal Revenue Service<br>CCP-LU T. Morice<br>Group 14, Stop 5114 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | | | Incurred: Multiple Dates | X | X | X | 32,735.08 | 23,273.50 | 9,461.58 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ 224,256.67 | $ 132,940.01 | $ 91,316.66 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 226,656.67 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 135,340.01 | $ 91,316.66 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B6F (Official Form 6F) (12/07)

In re    Jobs For Youth - Chicago, Inc.                    ,          Case No. _____
_____              _____
                Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>17 North State, LLC<br>c/o Marc Realty<br>55 East Jackson Blvd.<br>Suite 500<br>Chicago, IL 60604 | | | Consideration: Unpaid Commercial Rent | | | | 805,719.82 |
| ACCOUNT NO.<br><br>Americorps<br>1201 New York Avenue, NW<br>Washington, DC 20525 | | | Incurred: FY 2011<br>Consideration: Service provider | | | X | 3,700.00 |
| ACCOUNT NO.<br><br>Andrew J. Abrahams<br>2267 Highmoor Road<br>Highland Park, Illinois 60035 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  4810<br><br>AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 | | | Consideration: Landline telephone<br>Landline | | | | 408.03 |

___7___ continuation sheets attached

Subtotal ➤    $    809,827.85

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-502Y•••••• - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jobs For Youth - Chicago, Inc.                    ,      Case No. _____
          Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0001 <br><br> AT&T TeleConference Svcs <br> P.O. Box 2840 <br> Omaha, NE 68103-2840 | | | Consideration: Conference Call Service | | | | 50.26 |
| ACCOUNT NO.  2039 <br><br> AT&T Uverse <br> P.O. Box 5014 <br> Carol Stream, IL 60197-5014 | | | Consideration: Internet Provider <br> Internet Provider | | | | 45.83 |
| ACCOUNT NO.  4536 <br><br> Automated Data Processing <br> 100 N. Stanton - 3rd Floor <br> El Paso, TX 79901 | | | Consideration: Payroll Processor | | | | 344.75 |
| ACCOUNT NO.  6104 <br><br> Bravo Restaurants, Inc. <br> 600 W. Jackson Blvd., Suite 200 <br> Chicago, IL 60661 | | | Consideration: Refreshments/Food at Meeting | | | | 180.05 |
| ACCOUNT NO. <br><br> Carl Chaleff <br> 55 W. Goethe, Apt. 1235 <br> Chicago, IL 60610 | | | Consideration: Unsecured Loan <br> Loan | | | | 15,500.00 |

Sheet no. _1_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   16,120.89

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupto 2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 30931-302Y••••••• - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jobs For Youth - Chicago, Inc.                    ,        Case No. _____
               Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David R. Barnes<br>c/o The David R. Barnes Revocable Trust<br>1400 North Lake Shore Drive<br>Apartment 22H<br>Chicago, IL 60610 | | | Consideration: Unsecured Loan<br>Interest free loan provided by Revocable Trust until April 1, 2013.<br>Matching Challenge with loan forgiveness (if JFY met challenge). | X | | | 300,000.00 |
| ACCOUNT NO.  0263<br><br>Deadline Express<br>1000 N. Milwaukee Ave. - #302<br>Chicago, IL 60642 | | | Consideration: Printing Services | | | | 26.62 |
| ACCOUNT NO.  -074<br><br>Federal Signal Print Center<br>2645 Federal Signal Drive<br>University Park, IL 60484 | | | Consideration: Credit card debt | | | | 1,009.50 |
| ACCOUNT NO.  3216<br><br>Fund E-Z Development Corp.<br>106 Corporate Pk Dr. #115<br>White Plains, NY 10604 | | | Consideration: Computer Program Provider | | | | 695.00 |
| ACCOUNT NO.  9168<br><br>Garvey's Office Products<br>7500 N. Caldwell Avenue<br>Niles, IL 60714 | | | Consideration: Office Supplies | | | | 1,801.32 |

Sheet no. _2_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      303,532.44

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

BankruptcyPacer 2013  ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y - ***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jobs For Youth - Chicago, Inc. _____,     Case No. _____
                 **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  DFH <br><br> Golan & Christie <br> 70 W. Madison Street - Ste. 1500 <br> Chicago, IL 60602-4206 | | | Consideration: Legal Services | | | | 1,380.81 |
| ACCOUNT NO.  0925 <br><br> GreatAmerica Fin. Services Corp. <br> c/o Abbe Stensland (SPMB, PLC) <br> 115 Third Street SE, Suite 1200 <br> Cedar Rapids, IA 52401-1266 | | | Incurred: 6.27.2012 | | | | Notice Only |
| ACCOUNT NO.  0925 <br><br> GreatAmerica Financial Services Corp. <br> 625 First Street SE, Suite 800 <br> Cedar Rapids, IA 52401 | | | Incurred: 6.26.2012 <br> Consideration: Copier Provider | | | | 35,262.49 |
| ACCOUNT NO. <br><br> HPL&S Inc. <br> 700 Busse Road <br> Elk Grove Village, IL 60007 | | | Consideration: Administration of Pension Benefit | | | | 2,211.76 |
| ACCOUNT NO.  1134 <br><br> I Repair Computer, Inc. <br> 701 E Irving Park Road, Suite 307 <br> Roselle, IL 60172 | | | Incurred: March, April, May & June 2013 <br> Consideration: IT / Computer Maintenance Monthly Maintenance of all IT and Telecommunication devised @ $1,000 per month. | | | | 4,000.00 |

Sheet no. _3_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 42,855.06

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-792 - 30931-302Y****** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jobs For Youth - Chicago, Inc.                    ,          Case No. _____
       _____                                    (If known)
                    Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4778 <br><br> IDCSERVCO Business Svcs <br> 3962 Landmark St. <br> Culver City, CA 90232-1925 | | | Consideration: Office/Copier Supplier | | | | 597.77 |
| ACCOUNT NO. /218 <br><br> Institute for Workforce Educ. <br> 2545 W. Diversey Avenue - #401 <br> Chicago, IL 60647 | | | Consideration: Provided Training Services for Employees | | | | 396.00 |
| ACCOUNT NO. 6210 <br><br> Laner Muchin <br> 151 N. State Street - Suite 2800 <br> Chicago, IL 60654 | | | Consideration: Legal Services | | | | 6,300.07 |
| ACCOUNT NO. <br><br> Marc Realty <br> 55 East Jackson Blvd. <br> Suite 500 <br> Chicago, IL 60604 | | | Consideration: Commercial Rent Office Building Lease for 17 North State Street, Suite 600, Chicago, IL 60602 | | | | Notice Only |
| ACCOUNT NO. 2184 <br><br> Minuteman Press <br> 1249 N. Clyborn Avenue <br> Chicago, IL 60610 | | | Consideration: Printing Services | | | | 158.00 |

Sheet no. 4 of 7 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    7,451.84

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver 4.7.2-792-30931-302Y•••••• - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jobs For Youth - Chicago, Inc._____,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Net-Telligence Group Inc. <br> 2024 W. Webster - Unit 1 <br> Chicago, Illinois 60647 | | | Consideration: IT Consulting Services | | | | 18,824.00 |
| ACCOUNT NO. <br> PBGC <br> Attn: Aaron Traynham <br> 1200 K Street, NW Suite 270 <br> Washington, DC 20005 | | | | X | | | 542,653.00 |
| ACCOUNT NO. 0515 <br> PitneyBowes / Purchase Power <br> P.O. Box 371874 <br> Pittsburgh, PA 15250-7874 | | | Consideration: Postage Meter | | | | 350.00 |
| ACCOUNT NO. <br> Social Solutions <br> 425 Williams Court - Suite 100 <br> Baltimore MD 21220 | | | Consideration: Computer Program Service Provider | | | | 1,200.00 |
| ACCOUNT NO. 1280 <br> Speakeasy/MegaPath <br> (Voice Over IP Company) <br> 6800 Koll Center Parkway, Suite 200 <br> Pleasanton, CA 94566 | | | Consideration: Voice Over IP Service Provider | | | | 1,285.93 |

Sheet no. _5_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    564,312.93

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 3091-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Jobs For Youth - Chicago, Inc._____,        Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  -070<br><br>Sprint<br>P.O. Box 8077<br>London, KY 40741 | | | Consideration: Cell Phone | | | | Unknown |
| ACCOUNT NO.  -070<br><br>Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | | | Consideration: Cell Phone | | | | Notice Only |
| ACCOUNT NO.  8641<br><br>Staples, Inc.<br>Dept DET<br>P.O. Box 83689<br>Chicago, IL 60696-3689 | | | Consideration: Office Supplies / Equipment | | | | 1,285.57 |
| ACCOUNT NO.  8822<br><br>Talx<br>305 Fellowship Road - #100<br>Mount Laurel, NJ 08054 | | | Consideration: Employment Verification Services | | | | 709.00 |
| ACCOUNT NO.  8579<br><br>The IL Personnel Adviser, Inc.<br>5555 N. Lamar - Suite L-149<br>Austin, TX 78751 | | | Consideration: Online HR Service Provider | | | | 329.00 |

Sheet no.  6  of 7  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,323.57

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y* ***** - PDF-XCHange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Jobs For Youth - Chicago, Inc.                    ,      Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  -348<br><br>Travelers Insurance<br>P.O. Box 660317<br>Dallas, TX 75266-0317 | | | Consideration: Unknown | | | | 272.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _7_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ► | $ | 272.00 |
|---|---|---|---|
| | Total ► | $ | 1,746,696.58 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****- PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re  Jobs For Youth - Chicago, Inc.       Case No. _____
               **Debtor**                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Medley Self Storage<br>251 E. 95th Street, Chicago IL 60619 | Storage Space<br><br>Lease on nonresidential real property |
| East Bank Storage<br>730 W. Lake Street, Chicago IL 60661 | Storage Space<br><br>Lease on nonresidential real property |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 -30931-002Y(•••••• - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re  Jobs For Youth - Chicago, Inc.                    Case No. _____
                      **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y*****- PDF-XChange 3.0

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re ___Jobs For Youth - Chicago, Inc._____

_____
Debtor

Case No. _____

Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $     0.00 | | |
| B – Personal Property | YES | 3 | $  59,229.69 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $   55,763.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $  217,195.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 1,746,696.58 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $    0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $    0.00 |
| **TOTAL** | | 20 | $  59,229.69 | $ 2,019,655.49 | |

AMOUNTS SCHEDULED

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-***** - PDF-XChange 3.0

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Jobs For Youth - Chicago, Inc.                    Case No. _____

Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy 2013 ©1991-2013, New Hope Software, Inc., ver 4.7.2-792-30931-302Y•••••• - PDF-XChange 3.0

B6 (Official Form 6 - Declaration) (12/07)

In re ___Jobs For Youth - Chicago, Inc._____     Case No. _____
            **Debtor**                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                     Signature: _____
                                                                   Debtor

Date _____                     Signature: _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, _____     Social Security No. _____
of Bankruptcy Petition Preparer                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____

Address

X _____        _____
   Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Member of Board of Directors__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Jobs For Youth - Chicago, Inc.__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __10/10/2013_____        Signature: __/s/ Carl Chaleff_____
                                                    CARL CHALEFF
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re _Jobs For Youth - Chicago, Inc._____

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|       | AMOUNT        | SOURCE                          |                           |
|-------|---------------|---------------------------------|---------------------------|
| 2013  | 967,842.46    | Grants and Programs             | FY: 7/1/2012 to Present    |
| 2012  | 1,540,474.93  | Fundraising, Grants and Programs | FY: 7/1/2011 to 6/30/2012  |
| 2011  | 2,788,981.28  | Fundraising, Grants and Programs | FY: 7/1/2010 to 6/30/2011  |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B7 (Official Form 7) (04/13)

2

**2.   Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|
| Internal Revenue Service CCP-LU T. Morice Group 14, Stop 5114 CHI 230 S. Dearborn Street Chicago, IL 60604 | June 2013 through October 2013 | 60,055.39 | 3,273.50 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B7 (Official Form 7) (04/13)

3

---

None

☐

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mike Kolody<br>200 North Dearborn - # 1107<br>Chicago, IL 60601<br>Relationship: Member of Board of Directors | 11/30/2012 | 2,000.00 | 0.00 |
| Myrna Webb<br>253 E. Delaware Place - # 20C<br>Chicago, IL 60611<br>Relationship: Relative of Board Member, Wages (Employee), Contemporaneous Exchange, Ordinary Course | Various Dates; Wages for Services | 32,500.00 | 0.00 |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year

☐    immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GreatAmerica Financial Services Corporation<br>v.<br>Jobs For Youth-Chicago, Inc.<br>Case No. LACV78001 | Collection of Debt | Iowa District Court Linn County, Iowa Cedar Rapids, Iowa 52401 | Judgment Entered 9.30.2013 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B7 (Official Form 7) (04/13)                                                                                          4

| | | |
|---|---|---|
| None ⊠ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

| | | |
|---|---|---|
| None ☐ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GreatAmerica Financial Svcs.<br>P.O. Box 660831<br>Dallas TX 75266-0881 | 7.11.2013 | 1 - Sharp Copier<br>MX-3501N<br>Serial No. 85070822<br><br>1 - Sharp Copier<br>MX0C311B<br>Serial No. 80016560 |
| Pitney Bowes Purchase Power<br>P.O. Box 371874<br>Pittsburg, PA 15250-7874 | 7.29.2013 | 1 - Postage Meter (PCN) Serial No. K70/SN-6907700 07/16-10/15 - Meter Rental |

---

**6.   Assignments and Receiverships**

| | | |
|---|---|---|
| None ⊠ | a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                5

---

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒        one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
         chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
         is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.    Gifts**

None        List all gifts or charitable contributions made within one year immediately preceding the commencement of
☐        this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
         family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing
         under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
         joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Windy City Liquidators 2221 South Michigan Avenue Chicago, IL 60616 | None | 7.5.2013 | 11 classroom tables, 13 computer tables, 46 classroom chairs, 19 guest chairs, 7 small conference chairs, and 12 reception / study area chairs Value = $0.00 |
| Pacific Garden Mission 1458 South Canal Street Chicago, IL 60607 | None | 7.6.2013 | 21 boxes of office supplies/equipment; display boards; ironing boards; microwave; miscellaneous kitchen items. Value = $647.50 |
| Pacific Garden Mission 1458 South Canal Street Chicago, Il 60607 | None | 7.7.2013 | 3 boxes of office supplies, 10 contractor bags of women's clothing; and 15 contractor bags of men's clothing. Value = $900.00 |

B7 (Official Form 7) (04/13)

6

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                  7

**11. Closed financial accounts**

None

☐       List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of America P.O. Box 25118 Tampa FL 33622-5118 | Checking Account - 7409 Closing Balance: 6.79 | 5.21.2013 |

**12. Safe deposit boxes**

None

☒       List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
valuables within one year immediately preceding the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

☒       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90
days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

☒       List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B7 (Official Form 7) (04/13)

8

---

**15.  Prior address of debtor**

None ☐

      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2230 S. Michigan Avenue 2nd Floor Chicago, Illinois 60616 | Jobs for Youth - Chicago, Inc. | January 1, 2013 - July, 30, 2013 |
| 17 North State Street - 6th Floor Chicago, IL 60602 | Jobs For Youth Chicago | September 2007 thru December 2012 |

---

**16.  Spouses and Former Spouses**

None ☒

      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B7 (Official Form 7) (04/13)                                                                                          9

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a
release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental
Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit
that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director,
partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a
trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined
in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B7 (Official Form 7) (04/13)

10

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Darnella Moore-Lambi<br>3437 W. Lexington<br>Chicago, IL 60624 | 8.2000 through 3.2012 |
| Gilbert Hall<br>7938 S. Western Ave., Unit 2F<br>Chicago, IL 60620 | 8.2012 through 2.2013 |
| Robin Walker<br>7122 S. Hermitage<br>Chicago, IL 60636 | 1.2008 through 7.2012 |

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Ruzicka & Associates, Ltd. | 333 Skokie Blvd., Suite 105<br>Northbrook, IL 60062 | FY 2010 through FY 2011 |
| Dominic M. Serpico<br>(deceased - 5.18.2013) | 500 Redondo Drive # 507<br>Downers Grove, IL 60516-4587 | July 2012 through April 2013 |

B7 (Official Form 7) (04/13)

11

---

None ☐   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Dominic M. Serpico (deceased - 5.18.2013) | 500 Redondo Drive # 507 Downers Grove, IL 60516-4587 |

---

None ☐   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Bank of America NA P.O. Box 45144, FL 9-100-04-24 Bldg 100, 4th Floor Jacksonville FL 32232-9923 | Unknown |
| Marc Realty 55 East Jackson Blvd., Suite 500 Chicago, IL 60604 | Unknown |
| Pension Benefit Guaranty Corp. 1200 K Street, N.W. Washington, D.C. 20005-4026 | 2012 |

---

**20. Inventories**

None ☒   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

B7 (Official Form 7) (04/13)

12

None ☒   b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF
                                     INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☒   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE               NATURE AND PERCENTAGE OF
                                            STOCK OWNERSHIP

### 22. Former partners, officers, directors and shareholders

None ☒   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME               ADDRESS              DATE OF WITHDRAWAL

None ☒   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE               DATE OF TERMINATION

### 23.   Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF           DATE AND PURPOSE            AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP     OF WITHDRAWAL               DESCRIPTION AND
TO DEBTOR                                               VALUE OF PROPERTY

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

B7 (Official Form 7) (04/13)　　　　　　　　　　　　　　　　　　　　　　　　　　　13

---

**24.　Tax Consolidation Group**

None　　　　If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒　　　　any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
　　　　period immediately preceding the commencement of the case.

　　　　NAME OF PARENT CORPORATION　　　　　　TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25.　Pension Funds**

None　　　　If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☐　　　　which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
　　　　immediately preceding the commencement of the case.

　　　　NAME OF PENSION FUND　　　　　　　　TAXPAYER IDENTIFICATION NUMBER (EIN)


Jobs For Youth Chicago　　　　　　　　　362996380/001
Defined Benefits
Pension Fund


\*　　\*　　\*　　\*　　\*　　\*


*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

Date　10/10/2013 _____　Signature　/s/ Carl Chaleff _____

　　　　　　　　　　　　　　　　　　　　　　　CARL CHALEFF,
　　　　　　　　　　　　　　　　　　　　　　　Member of Board of Directors

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

B7 (Official Form 7) (04/13)                                                                                            14

<u>    0   </u> continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X_____          _____

Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

17 North State, LLC
c/o Marc Realty
55 East Jackson Blvd.
Suite 500
Chicago, IL 60604


Americorps
1201 New York Avenue, NW
Washington, DC 20525


Andrew J. Abrahams
2267 Highmoor Road
Highland Park, Illinois 60035


AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080


AT&T TeleConference Svcs
P.O. Box 2840
Omaha, NE 68103-2840


AT&T Uverse
P.O. Box 5014
Carol Stream, IL 60197-5014


Automated Data Processing
100 N. Stanton - 3rd Floor
El Paso, TX 79901


Bank of America NA
P.O. Box 45144
FL 9-100-04-24
Bldg. 100, Floor 4
Jacksonville, FL 32232-9923


Bravo Restaurants, Inc.
600 W. Jackson Blvd., Suite 200
Chicago, IL 60661


Carl Chaleff
55 W. Goethe, Apt. 1235
Chicago, IL 60610

David R. Barnes
c/o The David R. Barnes Revocable Trust
1400 North Lake Shore Drive
Apartment 22H
Chicago, IL 60610


Deadline Express
1000 N. Milwaukee Ave. - #302
Chicago, IL 60642


Dominic M. Serpico (deceased)
Certified Public Accountant
500 Redondo Drive, Unit 507
Downers Grove, IL 60516


East Bank Storage
730 W. Lake Street, Chicago IL 60661


Federal Signal Print Center
2645 Federal Signal Drive
University Park, IL 60484


Fund E-Z Development Corp.
106 Corporate Pk Dr. #115
White Plains, NY 10604


Garvey's Office Products
7500 N. Caldwell Avenue
Niles, IL 60714


Golan & Christie
70 W. Madison Street - Ste. 1500
Chicago, IL 60602-4206


GreatAmerica Fin. Services Corp.
c/o Abbe Stensland (SPMB, PLC)
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266


GreatAmerica Financial Services Corp.
625 First Street SE, Suite 800
Cedar Rapids, IA 52401

HPL&S Inc.
700 Busse Road
Elk Grove Village, IL 60007


I Repair Computer, Inc.
701 E Irving Park Road, Suite 307
Roselle, IL 60172


IDCSERVCO Business Svcs
3962 Landmark St.
Culver City, CA 90232-1925


Illinois Department of Commerce &
Economic Opportunity
500 East Monroe Street, Floor 10
Springfield, IL 62701


Illinois Dept of Employment Security
Chicago Region - Revenue
33 S. State Street, 10th Floor
Chicago, IL 60603-2802


Institute for Workforce Educ.
2545 W. Diversey Avenue - #401
Chicago, IL 60647


Internal Revenue Service
CCP-LU T. Morice
Group 14, Stop 5114 CHI
230 S. Dearborn Street
Chicago, IL 60604


Laner Muchin
151 N. State Street - Suite 2800
Chicago, IL 60654


Marc Realty
55 East Jackson Blvd.
Suite 500
Chicago, IL 60604


Medley Self Storage
251 E. 95th Street, Chicago IL 60619

Minuteman Press
1249 N. Clyborn Avenue
Chicago, IL 60610


Net-Telligence Group Inc.
2024 W. Webster - Unit 1
Chicago, Illinois 60647


PBGC
Attn: Aaron Traynham
1200 K Street, NW Suite 270
Washington, DC 20005


PitneyBowes / Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Social Solutions
425 Williams Court - Suite 100
Baltimore MD 21220


Speakeasy/MegaPath
(Voice Over IP Company)
6800 Koll Center Parkway, Suite 200
Pleasanton, CA 94566


Sprint
P.O. Box 8077
London, KY 40741


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Staples, Inc.
Dept DET
P.O. Box 83689
Chicago, IL 60696-3689


Talx
305 Fellowship Road - #100
Mount Laurel, NJ 08054

The IL Personnel Adviser, Inc.
5555 N. Lamar - Suite L-149
Austin, TX 78751


Travelers Insurance
P.O. Box 660317
Dallas, TX 75266-0317

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois

In re  Jobs For Youth - Chicago, Inc.

Case No. _____

Chapter _____7_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................. $ _____0.00_____

Prior to the filing of this statement I have received ........................................... $ _____0.00_____

Balance Due ........................................................................................................ $ _____0.00_____

2.   The source of compensation paid to me was:

☐ Debtor          ☑ Other (specify)

3.   The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation in adversary and contested matters.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30931-302Y-*****

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

10/10/2013
_____
Date

_____
Signature of Attorney

Lakelaw
_____
Name of law firm



420 West Clayton Street
Waukegan, IL 60085-4216

T: +1 847.249.9100
F: +1 847.249.9180
www.lakelaw.com

July 12, 2013

VIA EMAIL & U.S. MAIL
Mr. Eric Joss
c/o Jobs for Youth – Chicago, Inc.
351 W. Hubbard Street
Suite 304
Chicago, IL 60654
ejoss@sitexgroup.com

CONFIDENTIAL – ATTORNEY CLIENT PRIVILEGE

RE:   Pro Bono Representation for Jobs for Youth – Chicago, Inc.

Dear Mr. Webb:

We are pleased to confirm Jobs for Youth – Chicago, Inc. ("Client"), has decided to engage our law firm, Law Offices of David P. Leibowitz, LLC d/b/a Lakelaw ("Lakelaw") on a *pro bono* basis to assist the Client in regard to advise and if so recommended, represent the Client in a chapter 7 bankruptcy proceeding. We do not and will not represent any person or entity other than you, regardless of any direct affiliation with you, unless we expressly agree to do so in writing.

While Lakelaw is providing its services on a *pro bono* basis, certain fees or charges will remain the obligation of the Client. Such fees and costs include the $306.00 filing fee required to be paid in connection with any chapter 7 bankruptcy filing, expert fees, computer assisted storage charges, and any travel expenses outside of the Chicagoland area incurred by Lakelaw which may be required in connection with this representation.

While this is a *pro bono* representation, Lakelaw will maintain and keep track of the time spent on this representation in a contemporaneous manner. No invoice will be sent. However, Lakelaw will issue a status report of all time spent on this matter at any point at the request of the Chairman or any member of the Board of Directors.

You understand, as is the case with any law firm that we may from time to time represent <u>in an unrelated matter</u> a client whose interest may conflict with those of another client. Thus, for example, there may be instances in which we may represent the Client in a litigation or other matter and, at the same time, we may represent another party in connection with an unrelated litigation or other matter adverse to the Client. As part of our engagement, the Client consents to

1

Skokie and Chicago
by Appointment

such representations so long as they do not involve a direct conflict in a specific matter in which we represent the Client.

As the Client understands, Lakelaw's *pro bono* representation is limited to representing the Client in connection with advising, determining and recommending the filing of a chapter 7 bankruptcy case before the Bankruptcy Court for the Northern District of Illinois. To the extent there is any additional litigation brought against the Client, in or outside of the Bankruptcy Court, a separate engagement letter will be required and entered into at that time between the Client and Lakelaw. Lakelaw will evaluate at that time, in the event of such additional litigation, whether the representation of the Client will be on a *pro bono* or an hourly basis. Specifically excluded from this engagement are any adversary proceeding that may be filed against the Client in connection with any chapter 7 bankruptcy filing.

By executing this agreement, the Client acknowledges that it is aware that uncertainty exists concerning the outcome of this matter and that Lakelaw has made no guarantees as to the disposition of any phase of this matter. All representations and expressions relative to the outcome of this matter are only expressions of the law firm's opinion and do not constitute guarantees.

Throughout this engagement we will remain in contact with you to advise you regarding the progress of the proceeding, to obtain information as necessary, and to discuss various issues and matters which arise. You should not hesitate to contact us with any questions or thoughts you may have about the financial matters, litigation, or other matters covered by this engagement.

It is very likely that some time during this engagement the subject of settlement will occur and will need to be addressed. Should the subject of settlement arise, we will discuss settlement options with you. You, and only you, have the authority to direct how we handle those settlement discussions and we will comply with your request unless such requires Lakelaw to engage in illegal, improper, or unethical conduct. Likewise, whether or not you elect to settle the above-described matter is solely your decision. We will provide you with as much information as we reasonably can so that you can make an informed decision whether or not to pursue settlement discussions, how to handle such discussions, or whether to enter into a particular settlement agreement.

We typically communicate through e-mail and, on occasion, facsimile. Since e-mail can be intercepted by other persons over whom Lakelaw has no control, we are unable to guarantee that such e-mails, whether sent by you to Lakelaw or sent by Lakelaw to you, will not be intercepted and possibly used to your detriment. Therefore, Lakelaw must specifically disclaim any liability or responsibility for interception, unintentional disclosure or communication, or failed transmission of e-mails exchanged in connection with the performance of our services. Thus, you understand that Lakelaw will have no liability for any loss or damage which you may incur because of some third person's interception, unintentional disclosure, or use of any e-mail which is intended for exchange between Lakelaw and you or for a failed transmission of any such e-mail by you to Lakelaw or by Lakelaw to you.

2

After you have had an opportunity to review this engagement letter, please do not hesitate to call me with any questions or comments you may have. We do not assume any professional responsibilities to or on behalf of the Client until our receipt of an executed engagement letter. If this engagement letter meets with your approval, please sign in the space provided on behalf of the Client and return the original fully executed letter to me.  We look forward to representing you in this matter.

Sincerely,

LAKELAW

Jonathan T. Brand

*ACCEPTED AND AGREED TO BY CLIENT:*

**Jobs for Youth – Chicago, Inc.**

By: _____

Name: Eric Joss

Title/Position:_____NICE - CHAIRMAN_____

Date:_____7/12/2013_____

3