FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-39885 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | JOBS FOR YOUTH - CHICAGO, INC. | | | | Date Filed (f) or Converted (c): | 10/10/2013 (f) |
| | | | | | 341(a) Meeting Date: | 11/25/2013 |
| For Period Ending: | 12/31/2016 | | | | Claims Bar Date: | 02/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account @ Bank of America (ending in -0911) | 2,123.56 | 2,123.56 | | 0.00 | FA |
| 2. Director & Officer Insurance The Bensman Group, 2333 N.Wauke | 6,150.00 | 6,150.00 | | 625,000.00 | FA |
| 3. Voucher Reimbursement Alternative Schools Network | 23,000.00 | 23,000.00 | | 23,975.47 | FA |
| 4. Computers, cables, old server, archived files Medley Self St | 2,100.00 | 2,100.00 | | 1,100.00 | FA |
| 5. Telephones, servers, printiers, projector, cables | 5,950.00 | 0.00 | OA | 0.00 | FA |
| 6. CHARITIES - JP Morgan Chase, CPS Combined Charities (u) | 0.00 | 0.00 | | 632.32 | 0.00 |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $39,323.56   $33,373.56   $650,707.79   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS CURRENTLY FINALIZING CLOSING OF EMPLOYEE 401k ACCOUNT.

RE PROP #    4 --   Sold assets to Essex Liquidators (computer equipment and telephone equipment - Assets 4 and 5) for $1,100 and sharing arrangement if assets re-sold.

Initial Projected Date of Final Report (TFR): 06/30/2016    Current Projected Date of Final Report (TFR): 02/15/2017

Trustee Signature:    /s/ Miriam R. Stein    Date: 01/10/2017
Miriam R. Stein
30 South Wacker Drive
Suite 2600
Chicago, IL  60606

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-39885 | Trustee Name: | Miriam R. Stein |
|---|---|---|---|
| Case Name: | JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8630 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6380 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx9200 | Transfer of Funds | 9999-000 | $24,474.59 | | $24,474.59 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.20 | $24,439.39 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.33 | $24,403.06 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.11 | $24,367.95 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.23 | $24,331.72 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.01 | $24,296.71 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.12 | $24,260.59 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.07 | $24,224.52 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.53 | $24,191.99 |
| 03/24/15 | 6 | CPS Combined Charities Champaign 44 E. Main Street, Suite 208 Champaign, IL 61820 | Charity Contribution | 1229-000 | $92.32 | | $24,284.31 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,248.31 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.89 | $24,213.42 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,177.42 |
| | | | Page Subtotals: | | $24,566.91 | $389.49 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-39885 | Trustee Name: | Miriam R. Stein |
| Case Name: | JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8630 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6380 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.78 | $24,142.64 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.89 | $24,106.75 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.84 | $24,070.91 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.63 | $24,036.28 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.74 | $24,000.54 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.53 | $23,966.01 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.63 | $23,930.38 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.58 | $23,894.80 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.23 | $23,861.57 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.48 | $23,826.09 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.28 | $23,791.81 |
| 05/12/16 | 6 | JP Morgan Chase & Co. Employee Giving Campaign c/o Cyber Grants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution Printed transaction twice - put deposit paper in the wrong way the first time. | 1229-000 | $180.00 | | $23,971.81 |

Page Subtotals:           $180.00        $385.61

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-39885 | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- |
| Case Name: | JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8630 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6380 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.53 | $23,936.28 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.44 | $23,901.84 |
| 07/14/16 | 6 | JP Morgan Chase Employee Giving Campaign c/o Cybergrants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $24,021.84 |
| 07/14/16 | 101 | ALAN D. LASKO & ASSOCIATES P. C. 205 WEST RANDOLPH STREET SUITE 1150 CHICAGO, IL 60606 | FIRST INTERIM - ORDER DATED 7/8/16 | | | $8,131.01 | $15,890.83 |
| | | ALAN D. LASKO & ASSOCIATES PC | | ($8,078.40) | 3410-000 | | |
| | | ALAN D. LASKO & ASSOCIATES PC | | ($52.61) | 3420-000 | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.57 | $15,860.26 |
| 08/15/16 | 2 | CHUBB Insurance Company 120 Fifth Avenue Fifth Ave Place Pittsburgh, PA 15222-3008 | Settlement Payment from Insurance Company from D&O Policy relating to Claim Made by Estate. | 1129-000 | $625,000.00 | | $640,860.26 |
| 08/17/16 | 102 | Nisen & Elliot LLC 200 West Adams St., Suite 2500 Chicago, IL 60606 | ORDER DATED 7/26/16 | | | $158,861.80 | $481,998.46 |
| | | NISEN & ELLIOT, LLC | | ($156,250.00) | 3210-600 | | |
| | | NISEN & ELLIOT, LLC | | ($2,611.80) | 3220-000 | | |
| 08/23/16 | 2 | Chubb Group of Insurance Companies 120 Fifth Ave, Fifth Ave. Place Pittsburgh, PA 15222-3008 | Final Settlement Payment Re-issue of check due to error by Chubb which stopped payment on first check. First check funds never cleared. | 1129-000 | $625,000.00 | | $1,106,998.46 |

Page Subtotals: $1,250,120.00   $167,093.35

| Date | # | Payee | Description | Code | Amount | Fee | Balance |
|---|---|---|---|---|---|---|---|
| 08/23/16 | 2 | CHUBB Insurance Company<br>120 Fifth Avenue Fifth Ave Place<br>Pittsburgh, PA 15222-3008 | Settlement Payment Reversal<br>Check was returned from maker. Maker re-issued new check in the same amount due to error on their end. | 1129-000 | ($625,000.00) | | $481,998.46 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $357.80 | $481,640.66 |
| 10/06/16 | 6 | JP Morgan Chase & Co.<br>Employee Giving Campaign<br>c/o CyberGrants, Inc.<br>300 Brickstone Square, Suite 601<br>Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $481,760.66 |

Page Subtotals: ($624,880.00)    $357.80

| Date | | Payee | Description | Code | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $692.81 | $481,067.85 |
| 10/20/16 | | Associated Bank | Service Fee
Associated Bank added service fee as of 9/15/16 which appeared on 9/30/16 bank account statement.  Likely related to overdraft due to CHUBB Insurance Check which was rejected by CHUBB's bank and reissued. | 2200-000 | | $110.61 | $480,957.24 |
| 10/31/16 | 103 | FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602 | ORDER DATED 10/24/16 | 3210-000 | | $1,575.00 | $479,382.24 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $714.99 | $478,667.25 |

Page Subtotals: $120.00   $3,093.41

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-39885 | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- |
| Case Name: | JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8630 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6380 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/16 | 6 | JP Morgan Chase & Co. Employee Giving Campaign c/o Cybergrants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $478,787.25 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $688.94 | $478,098.31 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $650,106.91 | $172,008.60 |
| Less: Bank Transfers/CD's | $24,474.59 | $0.00 |
| Subtotal | $625,632.32 | $172,008.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $625,632.32 | $172,008.60 |

|  |  |  |
| --- | ---: | ---: |
| Page Subtotals: | $120.00 | $688.94 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-39885  
Case Name: JOBS FOR YOUTH - CHICAGO, INC.  
Taxpayer ID No: XX-XXX6380  
For Period Ending: 12/31/2016  

Trustee Name: Miriam R. Stein  
Bank Name: Rabobank, N.A.  
Account Number/CD#: XXXXXX9200  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/13 | 3 | Alternative Schools Network<br>1807 W. Sunnyside, Suite 1D<br>Chicago, IL  60640 | payment of A/R | 1121-000 | $23,409.72 | | $23,409.72 |
| 10/24/13 | 3 | UST<br>P.O. Box 22657<br>Santa Barbara, CA  93121 | payment of A/R | 1121-000 | $565.75 | | $23,975.47 |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $23,965.47 |
| 10/31/13 | 101 | East Bank Storage | Jobs for Youth - Nov Storage Fee Unit 3465 | 2410-000 | | $99.00 | $23,866.47 |
| 10/31/13 | 102 | Medley's Self Storage | November 2013 Storage Fee for Unit 055A (Jobs for Youth) | 2410-000 | | $200.00 | $23,666.47 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $31.86 | $23,634.61 |
| 12/02/13 | 4 | Essex Antiques & Collectibles Ltd<br>724 Forest<br>Evanston, IL  60602 | | 1129-000 | $1,100.00 | | $24,734.61 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $38.87 | $24,695.74 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $36.70 | $24,659.04 |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $33.10 | $24,625.94 |

Page Subtotals: $25,075.47    $449.53

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-39885 | Trustee Name: Miriam R. Stein |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX9200 |
| | Checking |
| Taxpayer ID No: XX-XXX6380 | Blanket Bond (per case limit): |
| For Period Ending: 12/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $34.23 | $24,591.71 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $37.73 | $24,553.98 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $35.31 | $24,518.67 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $34.08 | $24,484.59 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $24,474.59 |
| 07/02/14 | | Transfer to Acct # xxxxxx8630 | Transfer of Funds | 9999-000 | | $24,474.59 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $25,075.47 | $25,075.47 |
| Less: Bank Transfers/CD's | $0.00 | $24,474.59 |
| Subtotal | $25,075.47 | $600.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,075.47 | $600.88 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $24,625.94 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8630 - Checking | $625,632.32 | $172,008.60 | $478,098.31 |
| XXXXXX9200 - Checking | $25,075.47 | $600.88 | $0.00 |
|  | $650,707.79 | $172,609.48 | $478,098.31 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $650,707.79 |
| Total Gross Receipts: | $650,707.79 |

Trustee Signature:   /s/ Miriam R. Stein    Date: 01/10/2017

Miriam R. Stein
30 South Wacker Drive
Suite 2600
Chicago, IL  60606

Page Subtotals:                                       $0.00        $0.00