# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 13-39885 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | JOBS FOR YOUTH - CHICAGO, INC. | | | | Date Filed (f) or Converted (c): | 10/10/2013 (f) |
| | | | | | 341(a) Meeting Date: | 11/25/2013 |
| For Period Ending: | 12/31/2017 | | | | Claims Bar Date: | 02/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account @ Bank of America (ending in -0911) | 2,123.56 | 2,123.56 | | 0.00 | FA |
| 2. Director & Officer Insurance The Bensman Group, 2333 N.Wauke | 6,150.00 | 6,150.00 | | 625,000.00 | FA |
| 3. Voucher Reimbursement Alternative Schools Network | 23,000.00 | 23,000.00 | | 23,975.47 | FA |
| 4. Computers, cables, old server, archived files Medley Self St | 2,100.00 | 2,100.00 | | 1,100.00 | FA |
| 5. Telephones, servers, printiers, projector, cables | 5,950.00 | 0.00 | OA | 0.00 | FA |
| 6. CHARITIES - JP Morgan Chase, CPS Combined Charities (u) | 0.00 | 700.00 | | 632.32 | FA |
| 7. 401k ACCOUNT (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $39,323.56 | $34,073.56 | $650,707.79 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS CURRENTLY FINALIZING CLOSING OF EMPLOYEE 401k ACCOUNT.
Trustee made interim distribution on 4/20/17. Working with IRS on revised claim and revised distribution (interim).
PAi still working on final distribution of 401k funds. (5/14/17).
PAi continuing to work on final distribution of 401k funds (8/30/17).
PAi finalized forms for final distribution. Executed by Trustee & Submitted on 11/06/2017 - 11/15/2017
Accountant discussed with IRS re amendment to claim - 11/27/17.
Accountant preparing final tax return. 12/27/17.

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Sold assets to Essex Liquidators (computer equipment and telephone equipment - Assets 4 and 5) for $1,100 and sharing arrangement if assets re-sold. |
| RE PROP # | 6 | -- | Trustee receives funds from charitable arm of JP Mortgage. JP Morgan has been advised regarding bankruptcy, but sends checks nonetheless. Auditor advised that the checks should be returned to Chase. No checks have been received since audit. |
| RE PROP # | 7 | -- | Trustee is working with plan administrator to distribute all remaining funds in 401K account to former employees. Plan administrator required amended tax documents to reflect pre-petition payroll. June 12, 2017, Court authorized Trustee to file amended statements. Trustee expects the fund to be fully administer to participants within 3Q 2017. |

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 05/31/2018

Trustee Signature:    /s/ Miriam R. Stein      Date: 01/29/2018

Miriam R. Stein
30 South Wacker Drive
Suite 2600
Chicago, IL  60606