# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOBS FOR YOUTH - CHICAGO, INC. | § | Case No. 13-39885 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2013 .   The undersigned trustee was appointed on  10/10/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $      650,707.79

         Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 200,971.87 |
| Administrative expenses | 257,656.30 |
| Bank service fees | 11,597.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $      180,482.41 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  02/27/2014  and the deadline for filing governmental claims was  04/08/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 35,785.39 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 26,035.83  as interim compensation and now requests a sum of $ 9,744.03 , for a total compensation of $ 35,779.86 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/04/2018                           By:/s/Miriam R. Stein
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-39885 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Miriam R. Stein |

Case Name:    JOBS FOR YOUTH - CHICAGO, INC.

Date Filed (f) or Converted (c):    10/10/2013 (f)

341(a) Meeting Date:    11/25/2013

For Period Ending:    10/04/2018

Claims Bar Date:    02/27/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking Account @ Bank of America (ending in -0911) | 2,123.56 | 2,123.56 | | 0.00 | FA |
| 2.  Director & Officer Insurance The Bensman Group, 2333 N.Wauke | 6,150.00 | 6,150.00 | | 625,000.00 | FA |
| 3.  Voucher Reimbursement Alternative Schools Network | 23,000.00 | 23,000.00 | | 23,975.47 | FA |
| 4.  Computers, cables, old server, archived files Medley Self St | 2,100.00 | 2,100.00 | | 1,100.00 | FA |
| 5.  Telephones, servers, printiers, projector, cables | 5,950.00 | 0.00 | OA | 0.00 | FA |
| 6.  CHARITIES - JP Morgan Chase, CPS Combined Charities (u) | 0.00 | 700.00 | | 632.32 | FA |
| 7.  401k ACCOUNT (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $39,323.56          $34,073.56                         $650,707.79          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS CURRENTLY FINALIZING CLOSING OF EMPLOYEE 401k ACCOUNT.
Trustee made interim distribution on 4/20/17.  Working with IRS on revised claim and revised distribution (interim).
PAi still working on final distribution of 401k funds. (5/14/17).
PAi continuing to work on final distribution of 401k funds (8/30/17).
PAi finalized forms for final distribution. Executed by Trustee & Submitted on 11/06/2017 - 11/15/2017
Accountant discussed with IRS re amendment to claim - 11/27/17.
Accountant preparing final tax return. 12/27/17.
Form 5500 submitted to IRS to close 401K account were returned and requested to be re-submitted via online. Forms were re-submitted by accountant online in April 2018.
Accounting preparing final tax returns.

Exhibit A

RE PROP #    4    --    Sold assets to Essex Liquidators (computer equipment and office equipment -
Assets 4 and 5) for $1,100 and sharing arrangement if assets re-sold.

RE PROP #    6    --    Trustee receives funds from charitable arm of JP Mortgage.  JP Morgan has been
advised regarding bankruptcy, but sends checks nonetheless. Auditor advised that the
checks should be returned to Chase. No checks have been received since audit.

RE PROP #    7    --    *Trustee worked with plan administrator to distribute all remaining funds in 401K account
to former employees.  Trustee's accountant prepared amended tax documents to reflect
pre-petition payroll.
*6/12/17 Court authorized Trustee to file amended statements.
*The Internal Revenue Service has reviewed and accepted all documents related to the
closing of the Debtor's 401(K) accounts.  The estate did not retain any funds, and all
funds were made available to the plan participants.

Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 05/31/2018

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking

Taxpayer ID No: XX-XXX6380
For Period Ending: 10/04/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx9200 | Transfer of Funds | 9999-000 | $24,474.59 | | $24,474.59 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.20 | $24,439.39 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.33 | $24,403.06 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.11 | $24,367.95 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.23 | $24,331.72 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.01 | $24,296.71 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.12 | $24,260.59 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.07 | $24,224.52 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.53 | $24,191.99 |
| 03/24/15 | 6 | CPS Combined Charities Champaign 44 E. Main Street, Suite 208 Champaign, IL 61820 | Charity Contribution | 1229-000 | $92.32 | | $24,284.31 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,248.31 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.89 | $24,213.42 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,177.42 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $24,566.91   $389.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-39885 | Trustee Name: Miriam R. Stein |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8630 |
| | Checking |
| Taxpayer ID No: XX-XXX6380 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.78 | $24,142.64 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.89 | $24,106.75 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.84 | $24,070.91 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.63 | $24,036.28 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.74 | $24,000.54 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.53 | $23,966.01 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.63 | $23,930.38 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.58 | $23,894.80 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.23 | $23,861.57 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.48 | $23,826.09 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.28 | $23,791.81 |
| 05/12/16 | 6 | JP Morgan Chase & Co. Employee Giving Campaign c/o Cyber Grants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution Printed transaction twice - put deposit paper in the wrong way the first time. | 1229-000 | $180.00 | | $23,971.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $180.00        $385.61

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-39885 | Trustee Name: Miriam R. Stein | |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8630 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6380 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.53 | $23,936.28 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.44 | $23,901.84 |
| 07/14/16 | 6 | JP Morgan Chase Employee Giving Campaign c/o Cybergrants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $24,021.84 |
| 07/14/16 | 101 | ALAN D. LASKO & ASSOCIATES P. C. 205 WEST RANDOLPH STREET SUITE 1150 CHICAGO, IL 60606 | FIRST INTERIM - ORDER DATED 7/8/16 Professional fees paid to Accountant per Court order | | | $8,131.01 | $15,890.83 |
| | | ALAN D. LASKO & ASSOCIATES PC | ($52.61) | 3420-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES PC | ($8,078.40) | 3410-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.57 | $15,860.26 |
| 08/15/16 | 2 | CHUBB Insurance Company 120 Fifth Avenue Fifth Ave Place Pittsburgh, PA 15222-3008 | Settlement Payment from Insurance Company from D&O Policy relating to Claim Made by Estate. | 1129-001 | $625,000.00 | | $640,860.26 |
| 08/17/16 | 102 | Nisen & Elliot LLC 200 West Adams St., Suite 2500 Chicago, IL 60606 | ORDER DATED 7/26/16 Professional Fees paid to Special Litigation Counsel per Court order. | | | $158,861.80 | $481,998.46 |
| | | NISEN & ELLIOT, LLC | ($156,250.00) | 3210-000 | | | |
| | | NISEN & ELLIOT, LLC | ($2,611.80) | 3220-000 | | | |
| 08/23/16 | 2 | Chubb Group of Insurance Companies 120 Fifth Ave, Fifth Ave. Place Pittsburgh, PA 15222-3008 | Final Settlement Payment Re-issue of check due to error by Chubb which stopped payment on first check. First check funds never cleared. | 1129-000 | $625,000.00 | | $1,106,998.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:                    $1,250,120.00    $167,093.35

Exhibit B

| 08/23/16 | 2 | CHUBB Insurance Company 120 Fifth Avenue Fifth Ave Place Pittsburgh, PA 15222-3008 | Settlement Payment Reversal Check returned from maker. Maker re-issued new check in the same amount due to error on their end. | 1229-000 | ($624,880.00) | | $481,998.46 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $357.80 | $481,640.66 |
| 10/06/16 | 6 | JP Morgan Chase & Co. Employee Giving Campaign c/o CyberGrants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $481,760.66 |

Page Subtotals:  ($624,880.00)  $357.80

Exhibit B

| Date | | Payee | Description | | | | Amount | Balance |
|------|---|-------|-------------|---|---|---|--------|---------|
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | | $692.81 | $481,067.85 |
| 10/20/16 | | Associated Bank | Service Fee Associated Bank added service fee as of 9/15/16 which appeared on 9/30/16 bank account statement.  Likely related to overdraft due to CHUBB Insurance Check which was rejected by CHUBB's bank and reissued. | 2600-001 | | | $110.61 | $480,957.24 |
| 10/31/16 | 103 | FACTORLAW 105 W. Madison Street, Suite 1500 Chicago, IL 60602 | ORDER DATED 10/24/16 Professional Fees paid to Trustee's counsel per Court order. | 3210-000 | | | $1,575.00 | $479,382.24 |

Page Subtotals:                                    $120.00        $2,378.42

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-39885 | Trustee Name: Miriam R. Stein | |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8630 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6380 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $714.99 | $478,667.25 |
| 11/15/16 | 6 | JP Morgan Chase & Co. Employee Giving Campaign c/o Cybergrants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $478,787.25 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $688.94 | $478,098.31 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $710.80 | $477,387.51 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $709.81 | $476,677.70 |
| 02/09/17 | 104 | Alan D. Lasko & Associates P. C. 205 W. Randolph Street, Suite 1150 Chicago, IL 60606 | Professional Fees Approved by Court - 1/9/17 DKT #85 | | | $14,560.82 | $462,116.88 |
| | | ALAN D. LASKO & ASSOCIATES PC | ($14,527.80) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES PC | ($33.02) | 3420-000 | | | |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $628.96 | $461,487.92 |
| 03/23/17 | 105 | ZANE L. ZIELINSKI THE LAW OFFICE OF ZANE L. ZIELINSKI, PC 6336 N. CICERO AVENUE, SUITE 201 CHICAGO, IL  60646 | ORDER DATED 3/21/17 | | | $25,155.30 | $436,332.62 |
| | | ZANE L. ZIELINSKI | ($25,019.20) | 3210-000 | | | |
| | | ZANE L. ZIELINSKI | ($136.10) | 3220-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $681.27 | $435,651.35 |

Page Subtotals:      $120.00      $43,850.89

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking

Taxpayer ID No: XX-XXX6380
For Period Ending: 10/04/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/17 | 106 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Interim Distribution approved by Court order dated 4/20/17 (Docket 92). | 2100-000 | | $26,035.83 | $409,615.52 |
| 04/20/17 | 107 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Final Distribution representing 100% of claim 2 | 5800-001 | | $42,274.99 | $367,340.53 |
| 04/20/17 | 108 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Final Distribution representing 100% of claim 2b | 4800-001 | | $2,293.16 | $365,047.37 |
| 04/20/17 | 109 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Interim distribution representing 19.13% of Claim 1 | 7100-000 | | $22,821.39 | $342,225.98 |
| 04/20/17 | 110 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Interim distribution representing 19.13% of Claim 2c | 7100-001 | | $1,593.69 | $340,632.29 |
| 04/20/17 | 111 | Greatamerica Financial Services Corp.<br>Attn: Peggy Upton, Litigation Specialist<br>Pob 609<br>Cedar Rapids, Ia 52406 | Interim distribution representing 19.13% of Claim 3 | 7100-000 | | $8,265.21 | $332,367.08 |
| 04/20/17 | 112 | Pension Benefit Guaranty Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Interim distribution representing 19.13% of Claim 4 | 7100-000 | | $23,383.32 | $308,983.76 |
| 04/20/17 | 113 | Pension Benefit Guaranty Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Interim distribution representing 19.13% of Claim 5 | 7100-000 | | $13,538.64 | $295,445.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Page Subtotals:   $0.00   $140,206.23

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-39885

Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380

For Period Ending: 10/04/2018

Trustee Name: Miriam R. Stein

Bank Name: Associated Bank

Account Number/CD#: XXXXXX8630

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/17 | 114 | Pension Benefit Guaranty Corporation Attn: Rhonda Baird Office Of The Chief Counsel 1200 K Street, N.W., Suite 340 Washington, D.C. 20005-4026 | Interim distribution representing 19.13% of Claim 6 | 7100-000 | | $96,232.95 | $199,212.17 |
| 04/20/17 | 115 | Illinois Department Of Commerce & Economic Opportunity 500 East Monroe Street, Floor 10 Springfield, Il 62701 | Interim distribution representing 19.13% of Claim 7 | 7100-000 | | $36,730.36 | $162,481.81 |
| 04/21/17 | | Associated Bank | Service Fee Reversal Bank fee incurred in error. Amount was credited back to account on 4/20/17. | 2600-000 | | ($110.61) | $162,592.42 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $604.97 | $161,987.45 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $380.44 | $161,607.01 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $298.96 | $161,308.05 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $308.49 | $160,999.56 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $307.99 | $160,691.57 |
| 09/11/17 | 110 | Internal Revenue Service Ccp-Lu T. Morice Group 14, Stop 5114 Chi 230 S. Dearborn Street Chicago, Il 6060 | Interim distribution representing 19.13% of Claim 2c Reversal IRS returned the check because it was paid on their original claim. They amended their claim and are requesting a replacement check. | 7100-000 | | ($1,593.69) | $162,285.26 |

UST Form 101-7-TFR (5/1/2011) (Page: 12)                    Page Subtotals:                    $0.00        $133,159.86

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-39885 | Trustee Name: Miriam R. Stein |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8630 |
| | Checking |
| Taxpayer ID No: XX-XXX6380 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/17 | 108 | Internal Revenue Service Ccp-Lu T. Morice Group 14, Stop 5114 Chi 230 S. Dearborn Street Chicago, Il 6060 | Final Distribution representing 100% of claim 2b Reversal IRS returned this check because it was paid on the IRS original claim. They since amended their claim and are requested a new payment. | 4800-000 | | ($2,293.16) | $164,578.42 |
| 09/11/17 | 107 | Internal Revenue Service Ccp-Lu T. Morice Group 14, Stop 5114 Chi 230 S. Dearborn Street Chicago, Il 6060 | Final Distribution representing 100% of claim 2 Reversal IRS returned this check because it was paid on the IRS original claim. IRS amended its claim and is requesting a new payment. | 5800-000 | | ($42,274.99) | $206,853.41 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $297.63 | $206,555.78 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $307.08 | $206,248.70 |
| 11/29/17 | 116 | LAW OFFICES OF ZANE L. ZIELINSKI 6336 N. CICERO AVE., SUITE 201 CHICAGO, IL 60646 | ORDER DATED 11/21/17 | | | $9,920.25 | $196,328.45 |
| | | ZANE L. ZIELINSKI | ($9,905.00) | 3210-000 | | | |
| | | ZANE L. ZIELINSKI | ($15.25) | 3220-000 | | | |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $296.75 | $196,031.70 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $291.45 | $195,740.25 |
| 01/29/18 | 117 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. RANDOLPH STREET SUITE 1150 CHICAGO, IL 60606 | Professional Compensation Fees approved by Court on 1/25/18 (Docket 105) | | | $13,117.29 | $182,622.96 |
| | | ALAN D. LASKO & ASSOCIATES PC | Professional Compensation ($13,033.70) | 3410-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*          Page Subtotals:          $0.00          ($20,337.70)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 13-39885 | | | | Trustee Name: Miriam R. Stein | | |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX8630 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX6380 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 10/04/2018 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ALAN D. LASKO & ASSOCIATES PC | Professional Compensation       ($83.59) | 3420-000 | | | |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $291.03 | $182,331.93 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.63 | $182,083.30 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $270.70 | $181,812.60 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $261.58 | $181,551.02 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $269.91 | $181,281.11 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $260.82 | $181,020.29 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $269.15 | $180,751.14 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $268.73 | $180,482.41 |

| | | |
|---|---|---|
| COLUMN TOTALS | $650,106.91 | $469,624.50 |
| Less: Bank Transfers/CD's | $24,474.59 | $0.00 |
| Subtotal | $625,632.32 | $469,624.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $625,632.32 | $469,624.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Page Subtotals:        $0.00        $2,140.55

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 13-39885 | | | | Trustee Name: Miriam R. Stein | | |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | | | | Bank Name: Rabobank, N.A. | | |
| | | | | Account Number/CD#: XXXXXX9200 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX6380 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 10/04/2018 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/13 | 3 | Alternative Schools Network 1807 W. Sunnyside, Suite 1D Chicago, IL  60640 | payment of A/R | 1121-000 | $23,409.72 | | $23,409.72 |
| 10/24/13 | 3 | UST P.O. Box 22657 Santa Barbara, CA  93121 | payment of A/R | 1121-000 | $565.75 | | $23,975.47 |
| 10/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $23,965.47 |
| 10/31/13 | 101 | East Bank Storage | Jobs for Youth - Nov Storage Fee Unit 3465 | 2410-000 | | $99.00 | $23,866.47 |
| 10/31/13 | 102 | Medley's Self Storage | November 2013 Storage Fee for Unit 055A (Jobs for Youth) | 2410-000 | | $200.00 | $23,666.47 |
| 11/29/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $31.86 | $23,634.61 |
| 12/02/13 | 4 | Essex Antiques & Collectibles Ltd 724 Forest Evanston, IL  60602 | Sale of Assets | 1129-000 | $1,100.00 | | $24,734.61 |
| 12/31/13 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $38.87 | $24,695.74 |
| 01/31/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $36.70 | $24,659.04 |
| 02/28/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $33.10 | $24,625.94 |

| | Page Subtotals: | $25,075.47 | $449.53 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-39885 | Trustee Name: Miriam R. Stein | |
| Case Name: JOBS FOR YOUTH - CHICAGO, INC. | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX9200 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6380 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $34.23 | $24,591.71 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $37.73 | $24,553.98 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $35.31 | $24,518.67 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $34.08 | $24,484.59 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $24,474.59 |
| 07/02/14 | | Transfer to Acct # xxxxxx8630 | Transfer of Funds | 9999-000 | | $24,474.59 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $25,075.47 | $25,075.47 |
| Less: Bank Transfers/CD's | $0.00 | $24,474.59 |
| Subtotal | $25,075.47 | $600.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,075.47 | $600.88 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Page Subtotals: $0.00 $24,625.94

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8630 - Checking | $625,632.32 | $469,624.50 | $180,482.41 |
| XXXXXX9200 - Checking | $25,075.47 | $600.88 | $0.00 |
| | $650,707.79 | $470,225.38 | $180,482.41 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $650,707.79 |
| Total Gross Receipts: | $650,707.79 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39885                                                                                          Date: October 4, 2018
Debtor Name: JOBS FOR YOUTH - CHICAGO, INC.
Claims Bar Date: 2/27/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| FEE 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $35,779.86 | $35,779.86 |
| Final 100 3210 | ZANE L. ZIELINSKI<br>THE LAW OFFICES OF ZANE L.<br>ZIELINSKI, P.C.<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Administrative | THIRD AND FINAL FEE APP | $0.00 | $5,075.00 | $5,075.00 |
| Final 100 3410 | ALAN D. LASKO &<br>ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | FOURTH AND FINAL FEE APPLICATION | $0.00 | $6,983.70 | $6,983.70 |
| Final 100 3420 | ALAN D. LASKO &<br>ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | FOURTH AND FINAL EXPENSES | $0.00 | $25.12 | $25.12 |
| 2S 101 4300 | DEPARTMENT OF THE<br>TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Secured | SECURED PORTION OF CLAIM NO. 2 | $0.00 | $2,293.16 | $2,293.16 |
| 2P 101 5800 | DEPARTMENT OF THE<br>TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Priority | PRIORITY PORTION OF CLAIM | $0.00 | $38,823.83 | $38,823.83 |
| 102 2410 | EAST BANK STORAGE | Administrative | | $0.00 | $99.00 | $99.00 |
| 102 2410 | MEDLEY'S SELF STORAGE | Administrative | | $0.00 | $200.00 | $200.00 |
| Dkt. 76 102 3210 | NISEN & ELLIOT, LLC<br>200 W. ADAMS STREET, SUITE 2500<br>CHICAGO, IL 60606-4637 | Administrative | SPECIAL COUNSEL FEES - ORDER DATED 7/26/16 | $0.00 | $156,250.00 | $156,250.00 |

Page 1                                                                                          Printed: October 4, 2018

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39885

Debtor Name: JOBS FOR YOUTH - CHICAGO, INC.

Claims Bar Date: 2/27/2014

Date: October 4, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| Dkt 79<br>102<br>3210 | The Law Offices of William J. Factor | Administrative | ORDER DATED 10/24/16 | $0.00 | $1,575.00 | $1,575.00 |
| Zane2<br>102<br>3210 | ZANE L. ZIELINSKI<br>THE LAW OFFICES OF ZANE L. ZIELINSKI, P.C.<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Administrative | Second Interim Fee App - Dkt. 102 | $0.00 | $9,905.00 | $9,905.00 |
| Zane1<br>102<br>3210 | ZANE L. ZIELINSKI<br>THE LAW OFFICES OF ZANE L. ZIELINSKI, P.C.<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Administrative | First Interim Fee App - Dkt. 88 | $0.00 | $25,019.20 | $25,019.20 |
| Dkt. 76<br>102<br>3220 | NISEN & ELLIOT, LLC<br>200 W. ADAMS STREET, SUITE 2500<br>CHICAGO, IL  60606-4637 | Administrative | SPECIAL COUNSEL EXP. - ORDER DATED 7/26/16 | $0.00 | $2,611.80 | $2,611.80 |
| Zane1<br>102<br>3220 | ZANE L. ZIELINSKI<br>THE LAW OFFICE OF ZANE L. ZIELINSKI<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL  60646 | Administrative | First Interim Fee App Expenses - Dkt. 88 | $0.00 | $136.10 | $136.10 |
| Zane2<br>102<br>3220 | ZANE L. ZIELINSKI<br>THE LAW OFFICES OF ZANE L. ZIELINSKI, P.C.<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Administrative | Second Interim Fee App Expenses - Dkt. 102 | $0.00 | $15.25 | $15.25 |
| Lasko3<br>102<br>3410 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | THIRD INTERIM FEE APP | $0.00 | $13,033.70 | $13,033.70 |
| Lasko1<br>102<br>3410 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | First Interim Fees | $0.00 | $8,078.40 | $8,078.40 |

Printed: October 4, 2018

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39885                                                                                      Date: October 4, 2018
Debtor Name: JOBS FOR YOUTH - CHICAGO, INC.
Claims Bar Date: 2/27/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| Lasko2 102 3410 | ALAN D. LASKO & ASSOCIATES PC 205 W. Randolph Street Suite 1150 Chicago, IL  60606 | Administrative | SECOND INTERIM FEE APPLICATION | $0.00 | $14,527.80 | $14,527.80 |
| Lasko2 102 3420 | ALAN D. LASKO & ASSOCIATES PC 205 W. Randolph Street Suite 1150 Chicago, IL  60606 | Administrative | SECOND INTERIM FEE APPLICATION - EXPENSES | $0.00 | $33.02 | $33.02 |
| Lasko1 102 3420 | ALAN D. LASKO & ASSOCIATES PC 205 W. Randolph Street Suite 1150 Chicago, IL  60606 | Administrative | FIRST INTERIM FEE APP - EXPENSES | $0.00 | $52.61 | $52.61 |
| Lasko3 102 3420 | ALAN D. LASKO & ASSOCIATES PC 205 W. Randolph Street Suite 1150 Chicago, IL  60606 | Administrative | THIRD INTERIM EXPENSES | $0.00 | $83.59 | $83.59 |
| 1 300 7100 | Illinois Department Of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10Th Flr. | Unsecured | | $0.00 | $113,570.56 | $113,570.56 |
| 2U 300 7100 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA, PA  19101-7317 | Unsecured | UNSECURED PORTION OF CLAIM. | $0.00 | $10,746.64 | $10,746.64 |
| 3 300 7100 | Greatamerica Financial Services Corp. Attn: Peggy Upton, Litigation Specialist Pob 609 Cedar Rapids, Ia 52406 | Unsecured | | $0.00 | $41,131.80 | $41,131.80 |
| 4 300 7100 | Pension Benefit Guaranty Corporation Attn: Rhonda Baird Office Of The Chief Counsel 1200 K Street, N.W., Suite 340 Washington, D.C. 20005-4026 | Unsecured | | $0.00 | $116,367.00 | $116,367.00 |

Printed: October 4, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39885                                                                                                   Date: October 4, 2018
Debtor Name: JOBS FOR YOUTH - CHICAGO, INC.
Claims Bar Date: 2/27/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Pension Benefit Guaranty<br>Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Unsecured | | $0.00 | $67,375.00 | $67,375.00 |
| 6<br>300<br>7100 | Pension Benefit Guaranty<br>Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Unsecured | | $0.00 | $478,903.00 | $478,903.00 |
| 7<br>300<br>7100 | Illinois Department Of Commerce<br>&<br>Economic Opportunity<br>500 East Monroe Street, Floor 10<br>Springfield, Il 62701 | Unsecured | | $0.00 | $182,788.55 | $182,788.55 |
| | Case Totals | | | $0.00 | $1,331,483.69 | $1,331,483.69 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 21)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.
Trustee Name: Miriam R. Stein

Balance on hand                                    $              180,482.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | DEPARTMENT OF THE TREASURY | $  2,293.16 | $  2,293.16 | $  0.00 | $  2,293.16 |

Total to be paid to secured creditors            $              2,293.16

Remaining Balance                                $            178,189.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $  35,779.86 | $  26,035.83 | $  9,744.03 |
| Attorney for Trustee Fees: ZANE L. ZIELINSKI | $  39,999.20 | $  34,924.20 | $  5,075.00 |
| Attorney for Trustee Expenses: ZANE L. ZIELINSKI | $  15.25 | $  15.25 | $  0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES PC | $  42,623.60 | $  35,639.90 | $  6,983.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES PC | $  194.34 | $  169.22 | $  25.12 |
| Other: The Law Offices of William J. Factor | $  1,575.00 | $  1,575.00 | $  0.00 |
| Other: NISEN & ELLIOT, LLC | $  156,250.00 | $  156,250.00 | $  0.00 |
| Other: NISEN & ELLIOT, LLC | $  2,611.80 | $  2,611.80 | $  0.00 |
| Other: EAST BANK STORAGE | $  99.00 | $  99.00 | $  0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: MEDLEY'S SELF STORAGE | $ 200.00 | $ 200.00 | $ 0.00 |
| Other: ZANE L. ZIELINSKI | $ 136.10 | $ 136.10 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $_____21,827.85

Remaining Balance        $_____156,361.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 38,823.83  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | DEPARTMENT OF THE TREASURY | $ 38,823.83 | $ 0.00 | $ 38,823.83 |

Total to be paid to priority creditors        $_____38,823.83

Remaining Balance        $_____117,537.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,010,882.55  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  31.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department Of Employment Security | $ 113,570.56 | $ 22,821.39 | $ 12,962.49 |
| 2U | DEPARTMENT OF THE TREASURY | $ 10,746.64 | $ 0.00 | $ 3,386.06 |
| 3 | Greatamerica Financial Services Corp. | $ 41,131.80 | $ 8,265.21 | $ 4,694.62 |
| 4 | Pension Benefit Guaranty Corporation | $ 116,367.00 | $ 23,383.32 | $ 13,281.66 |
| 5 | Pension Benefit Guaranty Corporation | $ 67,375.00 | $ 13,538.64 | $ 7,689.91 |
| 6 | Pension Benefit Guaranty Corporation | $ 478,903.00 | $ 96,232.95 | $ 54,660.08 |
| 7 | Illinois Department Of Commerce & | $ 182,788.55 | $ 36,730.36 | $ 20,862.75 |

Total to be paid to timely general unsecured creditors    $_____117,537.57

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE