# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-39885 |
| | ) | |
| JOBS FOR YOUTH – CHICAGO, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  November 27, 2018 |
| | ) | Hearing Time:  10:30 a.m. |
| | ) | Courtroom:      682 |

## CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that I have sent the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner shown and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

_____
Christina Smith

SWORN TO AND SUBSCRIBED TO
Before me this 29th day of October, 2018.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CAROLYN A SUCIC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/19/21

# Mailing Information for Case 13-39885

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Rhonda Baird    baird.rhonda@pbgc.gov, efile@pbgc.gov
- Andrew M Barrios    andrewbarrios86@gmail.com, andrew-barrios-7637@ecf.pacerpro.com;7610@ecf.pacerpro.com
- Robert H Brown    rbrown@lanermuchin.com

{STEIN/GENERAL/00055180.DOCX/}

- Thomas P Cimino Jr    tcimino@vedderprice.com, ecfdocket@vedderprice.com,bhahn@vedderprice.com;thomas-cimino-3585@ecf.pacerpro.com,barb-hahn-8780@ecf.pacerpro.com;7610@ecf.pacerpro.com
- Daniel P. Dawson    ddawson@nisen.com, adrag@nisen.com
- Christopher J Harney    charney@seyfarth.com, ctholen@seyfarth.com;chidocket@seyfarth.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Daniel J Nickel    daniel@nickellawoffice.com, daniel.nickel@gmail.com
- Justin R. Storer    jstorer@lakelaw.com, R58596@notify.bestcase.com
- Barbara L Yong    blyong@gct.law, mperez@gct.law,myproductionss@gmail.com,tstephenson@gct.law,aleon@gct.law;r61390@notify.bestcase.com
- Zane L Zielinski    trustee@zanezielinski.com, fax@zanezielinski.com
- Zane L. Zielinski    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

## Manual Notice List – U.S. MAIL

Illinois Department of Employment Security
Attn: Bankruptcy Unit - 10th flr.
33 South State Street
Chicago, Illinois 60603

GreatAmerica Financial Services Corp.
Attn: Peggy Upton, Litigation Specialist
POB 609
Cedar Rapids, IA 52406

Illinois Department of Commerce & Economic Opportunity
500 East Monroe Street, Floor 10
Springfield, IL 62701-1643

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Pension Benefit Guaranty Corporation
Attn: Rhonda Baird
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| JOBS FOR YOUTH - CHICAGO, INC. | § § | Case No. 13-39885 |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MIRIAM R. STEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/27/2018 in Courtroom 682 (Judge Jack B. Schmetterer),
Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2018                     By: /s/ Miriam R. Stein
                                                 Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL 60606*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
JOBS FOR YOUTH - CHICAGO, INC. § Case No. 13-39885
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 650,707.79 |
| and approved disbursements of | $ | 470,225.38 |
| leaving a balance on hand of[1] | $ | 180,482.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | DEPARTMENT OF THE TREASURY | $ 2,293.16 | $ 2,293.16 | $ 0.00 | $ 2,293.16 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 2,293.16 |
| Remaining Balance | $ | 178,189.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 35,779.86 | $ 26,035.83 | $ 9,744.03 |
| Attorney for Trustee Fees: ZANE L. ZIELINSKI | $ 39,999.20 | $ 34,924.20 | $ 5,075.00 |
| Attorney for Trustee Expenses: ZANE L. ZIELINSKI | $ 15.25 | $ 15.25 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES PC | $ 42,623.60 | $ 35,639.90 | $ 6,983.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES PC | $ 194.34 | $ 169.22 | $ 25.12 |
| Other: EAST BANK STORAGE | $ 99.00 | $ 99.00 | $ 0.00 |
| Other: MEDLEY'S SELF STORAGE | $ 200.00 | $ 200.00 | $ 0.00 |
| Other: NISEN & ELLIOT, LLC | $ 156,250.00 | $ 156,250.00 | $ 0.00 |
| Other: NISEN & ELLIOT, LLC | $ 2,611.80 | $ 2,611.80 | $ 0.00 |
| Other: The Law Offices of William J. Factor | $ 1,575.00 | $ 1,575.00 | $ 0.00 |
| Other: ZANE L. ZIELINSKI | $ 136.10 | $ 136.10 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $       21,827.85

Remaining Balance                                             $      156,361.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 38,823.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | DEPARTMENT OF THE TREASURY | $ 38,823.83 | $ 0.00 | $ 38,823.83 |

Total to be paid to priority creditors       $       38,823.83

Remaining Balance                             $      117,537.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,010,882.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.5 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department Of Employment Security | $ 113,570.56 | $ 22,821.39 | $ 12,962.49 |
| 2U | DEPARTMENT OF THE TREASURY | $ 10,746.64 | $ 0.00 | $ 3,386.06 |
| 3 | Greatamerica Financial Services Corp. | $ 41,131.80 | $ 8,265.21 | $ 4,694.62 |
| 4 | Pension Benefit Guaranty Corporation | $ 116,367.00 | $ 23,383.32 | $ 13,281.66 |
| 5 | Pension Benefit Guaranty Corporation | $ 67,375.00 | $ 13,538.64 | $ 7,689.91 |
| 6 | Pension Benefit Guaranty Corporation | $ 478,903.00 | $ 96,232.95 | $ 54,660.08 |
| 7 | Illinois Department Of Commerce & | $ 182,788.55 | $ 36,730.36 | $ 20,862.75 |

Total to be paid to timely general unsecured creditors    $    117,537.57

Remaining Balance                                         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Miriam R. Stein
                     Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*