**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOBS FOR YOUTH - CHICAGO, INC. | § | Case No. 13-39885 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,073.56<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 359,626.43 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 291,081.36 | |

3) Total gross receipts of $ 650,707.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 650,707.79 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 55,763.82 | $ 2,293.16 | $ 2,293.16 | $ 2,293.16 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 291,081.36 | 291,081.36 | 291,081.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,400.00 | 38,823.83 | 38,823.83 | 38,823.83 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,971,518.17 | 1,010,882.55 | 1,010,882.55 | 318,509.44 |
| **TOTAL DISBURSEMENTS** | $ 2,029,681.99 | $ 1,343,080.90 | $ 1,343,080.90 | $ 650,707.79 |

4)  This case was originally filed under chapter 7 on  10/10/2013 .  The case was pending for 64 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/24/2019                         By:/s/Miriam R. Stein
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Voucher Reimbursement Alternative Schools Network | 1121-000 | 23,975.47 |
| Computers, cables, old server, archived files Medley Self St | 1129-000 | 1,100.00 |
| Director & Officer Insurance The Bensman Group, 2333 N.Wauke | 1129-000 | 625,000.00 |
| CHARITIES - JP Morgan Chase, CPS Combined Charities | 1229-000 | 632.32 |
| **TOTAL GROSS RECEIPTS** | | $ 650,707.79 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of AmericaNA P.O. Box 45144 FL 9-100-04-24 Bldg. 100, Floor4 Jacksonville, FL 32232-9923 | | 55,763.82 | NA | NA | 0.00 |
| 2S | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 2,293.16 | 2,293.16 | 2,293.16 |
| **TOTAL SECURED CLAIMS** | | | $ 55,763.82 | $ 2,293.16 | $ 2,293.16 | $ 2,293.16 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 35,779.86 | 35,779.86 | 35,779.86 |
| EAST BANK STORAGE | 2410-000 | NA | 99.00 | 99.00 | 99.00 |
| MEDLEY'S SELF STORAGE | 2410-000 | NA | 200.00 | 200.00 | 200.00 |
| Associated Bank | 2600-000 | NA | 11,295.33 | 11,295.33 | 11,295.33 |
| Rabobank, N.A. | 2600-000 | NA | 301.88 | 301.88 | 301.88 |
| NISEN & ELLIOT, LLC | 3210-000 | NA | 156,250.00 | 156,250.00 | 156,250.00 |
| The Law Offices of William J. Factor | 3210-000 | NA | 1,575.00 | 1,575.00 | 1,575.00 |
| ZANE L. ZIELINSKI | 3210-000 | NA | 39,999.20 | 39,999.20 | 39,999.20 |
| NISEN & ELLIOT, LLC | 3220-000 | NA | 2,611.80 | 2,611.80 | 2,611.80 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ZANE L. ZIELINSKI | 3220-000 | NA | 151.35 | 151.35 | 151.35 |
| ALAN D. LASKO & ASSOCIATES PC | 3410-000 | NA | 42,623.60 | 42,623.60 | 42,623.60 |
| ALAN D. LASKO & ASSOCIATES PC | 3420-000 | NA | 194.34 | 194.34 | 194.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 291,081.36 | $ 291,081.36 | $ 291,081.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DOMINIC M. SERPICO | | 2,400.00 | NA | NA | 0.00 |
| 2P | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 38,823.83 | 38,823.83 | 38,823.83 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 2,400.00 | $ 38,823.83 | $ 38,823.83 | $ 38,823.83 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 17 North State, LLC c/o Marc Realty 55 East Jackson Blvd. Suite 500 Chicago, IL 60604 | | 805,719.82 | NA | NA | 0.00 |
| | Americorps 1201 New York Avenue, NW Washington,DC 20525 | | 37,000.00 | NA | NA | 0.00 |
| | AndrewJ. Abrahams 2267 Highmoor Road Highland Park, Illinois 60035 | | 0.00 | NA | NA | 0.00 |
| | AT&T P.O. Box 5080 Carol Stream, IL 60197-5080 | | 408.03 | NA | NA | 0.00 |
| | AT&T TeleConference Service P.O. Box 2840 Omaha, NE 68103-2840 | | 50.26 | NA | NA | 0.00 |
| | AT&T Uverse P.O.Box 5014 Carol Stream , IL 60197-5014 | | 45.83 | NA | NA | 0.00 |
| | Automated Data Processing 100 N. Stanton - 3rd Floor El Paso, TX 799 | | 344.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Bravo Restaurants, Inc. 00W.Jackson Blvd.,Suite 200 Chicago, IL 60661 | | 180.05 | NA | NA | 0.00 |
| | Carl Chaleff 55W. Goethe, Apt. 1235 Chicago, IL 60610 | | 15,500.00 | NA | NA | 0.00 |
| | David R. Barnes c/o The David R. Barnes Revocable Trust 1400 North Lake Shore Drive Apartment 22H CHicago, IL 60619 | | 300,000.00 | NA | NA | 0.00 |
| | Deadline Express 1000 N. Milwaukee Ave. - #302 Chicago, IL 60642 | | 26.62 | NA | NA | 0.00 |
| | Federal Signal Print Center 2645 Federal SignalDrive UniversityPark, IL 60484 | | 1,009.50 | NA | NA | 0.00 |
| | Fund E-Z Development Corp. 106 Corporate Pk Dr. #115 White Plains, NY 10604 | | 695.00 | NA | NA | 0.00 |
| | Garvey's Office Products 7500 N Caldwell Niles, IL 60714 | | 1,801.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Golan & Christie 70 W Madison Street- Ste 1500 Chicago, IL 60602-4206 | | 1,380.81 | NA | NA | 0.00 |
| | GreatAmerica Fin. Services Corp. c/o Abbe Stensland (SPMB, PLC) 115 Third Street SE, Suite 1200 Cedar Rapids, IA 52401-1266 | | 0.00 | NA | NA | 0.00 |
| | HPL&S Inc. 700 Busse Road Elk Grove Village,IL 60007 | | 2,211.76 | NA | NA | 0.00 |
| | I Repair Computer, Inc. 701 E Irving Park Road, Suite 307 Roselle,IL 60172 | | 4,000.00 | NA | NA | 0.00 |
| | IDCSERVCO Business Svcs 3962 Landmark St. Culver City,CA 90232-1925 | | 597.77 | NA | NA | 0.00 |
| | Institute for Workforce Educ. 2545 W. DiverseyAvenue - #401 Chicago, IL 60647 | | 396.00 | NA | NA | 0.00 |
| | Laner Muchin 151 N. State Street - Suite 2800 Chicago, IL 60654 | | 6,300.07 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marc Realty 55 East Jackson Blvd Suite 500 Chicago,IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Minuteman Press 1249N. Clyborn Avenue Chicago, IL 60610 | | 158.00 | NA | NA | 0.00 |
| | Net-Telligence Group Inc. 2024 W. Webster- Unit 1 Chicago, IL 60647 | | 18,824.00 | NA | NA | 0.00 |
| | PBGC Attn: Aaron Traynham 1200 K Street, NW Suite 270 Washington,DC 20005 | | 542,653.00 | NA | NA | 0.00 |
| | PitneyBowes / Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | 350.00 | NA | NA | 0.00 |
| | Social Solutions 425 Williams Court - Suite 100 Baltimore MD 21220 | | 1,200.00 | NA | NA | 0.00 |
| | Speakeasy/MegaPath (VoiceOver IP Company) 6800 Koll Center Parkway, Suite 200 Pleasanton, CA 94566 | | 1,285.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint P.O. Box 8077 London, KY 40741 | | 0.00 | NA | NA | 0.00 |
| | Staples, Inc. DeptDET P.O. Box 83689 Chicago,IL 60696-3689 | | 1,285.57 | NA | NA | 0.00 |
| | Talx 305 Fellowship Road - #100 Mount Laurel, NJ 08054 | | 709.00 | NA | NA | 0.00 |
| | The IL Personnel Adviser, Inc. 5555 N. Lamar - Suite L-149 Austin, TX 78751 | | 329.00 | NA | NA | 0.00 |
| | Travelers Insurance P.O. Box 660317 Dallas, TX 75266-0317 | | 272.00 | NA | NA | 0.00 |
| 2U | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 10,746.64 | 10,746.64 | 3,386.06 |
| 3 | Greatamerica Financial Services Corp. | 7100-000 | 35,262.49 | 41,131.80 | 41,131.80 | 12,959.83 |
| 7 | Illinois Department Of Commerce & | 7100-000 | 109,666.51 | 182,788.55 | 182,788.55 | 57,593.11 |
| 1 | Illinois Department Of Employment Security | 7100-000 | 81,855.08 | 113,570.56 | 113,570.56 | 35,783.88 |
| 4 | Pension Benefit Guaranty Corporation | 7100-000 | NA | 116,367.00 | 116,367.00 | 36,664.98 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Pension Benefit Guaranty Corporation | 7100-000 | NA | 67,375.00 | 67,375.00 | 21,228.55 |
| 6 | Pension Benefit Guaranty Corporation | 7100-000 | NA | 478,903.00 | 478,903.00 | 150,893.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 1,971,518.17 | $ 1,010,882.55 | $ 1,010,882.55 | $ 318,509.44 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 13-39885 JBS Judge: Jack B. Schmetterer
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Date Filed (f) or Converted (c): 10/10/2013 (f)
341(a) Meeting Date: 11/25/2013
Claims Bar Date: 02/27/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account @ Bank of America (ending in -0911) | 2,123.56 | 2,123.56 | | 0.00 | FA |
| 2. Director & Officer Insurance The Bensman Group, 2333 N.Wauke | 6,150.00 | 6,150.00 | | 625,000.00 | FA |
| 3. Voucher Reimbursement Alternative Schools Network | 23,000.00 | 23,000.00 | | 23,975.47 | FA |
| 4. Computers, cables, old server, archived files Medley Self St | 2,100.00 | 2,100.00 | | 1,100.00 | FA |
| 5. Telephones, servers, printiers, projector, cables | 5,950.00 | 0.00 | OA | 0.00 | FA |
| 6. CHARITIES - JP Morgan Chase, CPS Combined Charities (u) | 0.00 | 700.00 | | 632.32 | FA |
| 7. 401k ACCOUNT (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $39,323.56 | $34,073.56 | | $650,707.79 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS CURRENTLY FINALIZING CLOSING OF EMPLOYEE 401k ACCOUNT.
Trustee made interim distribution on 4/20/17. Working with IRS on revised claim and revised distribution (interim).
PAi still working on final distribution of 401k funds. (5/14/17).
PAi continuing to work on final distribution of 401k funds (8/30/17).
PAi finalized forms for final distribution. Executed by Trustee & Submitted on 11/06/2017 - 11/15/2017
Accountant discussed with IRS re amendment to claim - 11/27/17.
Form 5500 submitted to IRS to close 401K account were returned and requested to be re-submitted via online. Forms were re-submitted by accountant online in April 2018.
Accounting preparing final tax returns.
10/29/18 - A FINAL REPORT HAS BEEN FILED WITH THE BANKRUPTCY COURT.
11/27/18 - TFR Approved. Checks mailed 11/29/18. Waiting for checks to clear prior to filing TDR.
TDR to follow

Exhibit 8

RE PROP # 4 -- Sold assets to Essex Liquidators (computer equipment and telephone equipment - Assets 4 and 5) for $1,100 and sharing arrangement if assets re-sold.

RE PROP # 6 -- Trustee receives funds from charitable arm of JP Mortgage. JP Morgan has been advised regarding bankruptcy, but sends checks nonetheless. Auditor advised that the checks should be returned to Chase. No checks have been received since audit.

RE PROP # 7 -- *Trustee worked with plan administrator to distribute all remaining funds in 401K account to former employees. Trustee's accountant prepared amended tax documents to reflect pre-petition payroll.
*6/12/17 Court authorized Trustee to file amended statements.
*The Internal Revenue Service has reviewed and accepted all documents related to the closing of the Debtor’s 401(K) accounts. The estate did not retain any funds, and all funds were made available to the plan participants.

Initial Projected Date of Final Report (TFR): 06/30/2016 Current Projected Date of Final Report (TFR): 05/31/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx9200 | Transfer of Funds | 9999-000 | $24,474.59 | | $24,474.59 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.20 | $24,439.39 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.33 | $24,403.06 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.11 | $24,367.95 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.23 | $24,331.72 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.01 | $24,296.71 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.12 | $24,260.59 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.07 | $24,224.52 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.53 | $24,191.99 |
| 03/24/15 | 6 | CPS Combined Charities Champaign 44 E. Main Street, Suite 208 Champaign, IL 61820 | Charity Contribution | 1229-000 | $92.32 | | $24,284.31 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,248.31 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.89 | $24,213.42 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,177.42 |
| | | | Page Subtotals: | | $24,566.91 | $389.49 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.
Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.78 | $24,142.64 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.89 | $24,106.75 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.84 | $24,070.91 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.63 | $24,036.28 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.74 | $24,000.54 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.53 | $23,966.01 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.63 | $23,930.38 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.58 | $23,894.80 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.23 | $23,861.57 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.48 | $23,826.09 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.28 | $23,791.81 |
| 05/12/16 | 6 | JP Morgan Chase & Co. Employee Giving Campaign c/o Cyber Grants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution Printed transaction twice - put deposit paper in the wrong way the first time. | 1229-000 | $180.00 | | $23,971.81 |
| | | | Page Subtotals: | | $180.00 | $385.61 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.
Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630 Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.53 | $23,936.28 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.44 | $23,901.84 |
| 07/14/16 | 6 | JP Morgan Chase Employee Giving Campaign c/o Cybergrants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $24,021.84 |
| 07/14/16 | 101 | ALAN D. LASKO & ASSOCIATES P. C. 205 WEST RANDOLPH STREET SUITE 1150 CHICAGO, IL 60606 | FIRST INTERIM - ORDER DATED 7/8/16 Professional fees paid to Accountant per Court order | | | $8,131.01 | $15,890.83 |
| | | ALAN D. LASKO & ASSOCIATES PC | ($52.61) | 3420-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES PC | ($8,078.40) | 3410-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.57 | $15,860.26 |
| 08/15/16 | 2 | CHUBB Insurance Company 120 Fifth Avenue Fifth Ave Place Pittsburgh, PA 15222-3008 | Settlement Payment from Insurance Company from D&O Policy relating to Claim Made by Estate. | 1129-000 | $625,000.00 | | $640,860.26 |
| 08/17/16 | 102 | Nisen & Elliot LLC 200 West Adams St., Suite 2500 Chicago, IL 60606 | ORDER DATED 7/26/16 Professional Fees paid to Special Litigation Counsel per Court order. | | | $158,861.80 | $481,998.46 |
| | | NISEN & ELLIOT, LLC | ($156,250.00) | 3210-000 | | | |
| | | NISEN & ELLIOT, LLC | ($2,611.80) | 3220-000 | | | |
| 08/23/16 | 2 | Chubb Group of Insurance Companies 120 Fifth Ave, Fifth Ave. Place Pittsburgh, PA 15222-3008 | Final Settlement Payment Re-issue of check due to error by Chubb which stopped payment on first check. First check funds never cleared. | 1129-000 | $625,000.00 | | $1,106,998.46 |
| | | | Page Subtotals: | | $1,250,120.00 | $167,093.35 | |

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/23/16 | 2 | CHUBB Insurance Company<br>120 Fifth Avenue Fifth Ave Place<br>Pittsburgh, PA 15222-3008 | Settlement Payment Reversal<br>Check was returned from maker. Maker re-issued new check in the same amount due to error on their end. | 1129-000 | ($625,000.00) | | $481,998.46 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $357.80 | $481,640.66 |
| 10/06/16 | 6 | JP Morgan Chase & Co.<br>Employee Giving Campaign<br>c/o CyberGrants, Inc.<br>300 Brickstone Square, Suite 601<br>Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $481,760.66 |
| | | | Page Subtotals: | | ($624,880.00) | $357.80 | |

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $692.81 | $481,067.85 |
| 10/20/16 | | Associated Bank | Service Fee<br>Associated Bank added service fee as of 9/15/16 which appeared on 9/30/16 bank account statement. Likely related to overdraft due to CHUBB Insurance Check which was rejected by CHUBB's bank and reissued. | 2600-000 | | $110.61 | $480,957.24 |
| 10/31/16 | 103 | FACTORLAW<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602 | ORDER DATED 10/24/16<br>Professional Fees paid to Trustee's counsel per Court order. | 3210-000 | | $1,575.00 | $479,382.24 |

| | | |
|---|---|---|
| Page Subtotals: | $120.00 | $2,378.42 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.
Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $714.99 | $478,667.25 |
| 11/15/16 | 6 | JP Morgan Chase & Co. Employee Giving Campaign c/o Cybergrants, Inc. 300 Brickstone Square, Suite 601 Andover, MA 01810 | Charity Contribution | 1229-000 | $120.00 | | $478,787.25 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $688.94 | $478,098.31 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $710.80 | $477,387.51 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $709.81 | $476,677.70 |
| 02/09/17 | 104 | Alan D. Lasko & Associates P. C. 205 W. Randolph Street, Suite 1150 Chicago, IL 60606 | Professional Fees Approved by Court - 1/9/17 DKT #85 | | | $14,560.82 | $462,116.88 |
| | | ALAN D. LASKO & ASSOCIATES PC | ($14,527.80) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES PC | ($33.02) | 3420-000 | | | |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $628.96 | $461,487.92 |
| 03/23/17 | 105 | ZANE L. ZIELINSKI THE LAW OFFICE OF ZANE L. ZIELINSKI, PC 6336 N. CICERO AVENUE, SUITE 201 CHICAGO, IL 60646 | ORDER DATED 3/21/17 | | | $25,155.30 | $436,332.62 |
| | | ZANE L. ZIELINSKI | ($25,019.20) | 3210-000 | | | |
| | | ZANE L. ZIELINSKI | ($136.10) | 3220-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $681.27 | $435,651.35 |
| | | | Page Subtotals: | | $120.00 | $43,850.89 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/17 | 106 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Interim Distribution approved by Court order dated 4/20/17 (Docket 92). | 2100-000 | | $26,035.83 | $409,615.52 |
| 04/20/17 | 107 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Final Distribution representing 100% of claim 2 | 5800-000 | | $42,274.99 | $367,340.53 |
| 04/20/17 | 108 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Final Distribution representing 100% of claim 2b | 4800-000 | | $2,293.16 | $365,047.37 |
| 04/20/17 | 109 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Interim distribution representing 19.13% of Claim 1 | 7100-000 | | $22,821.39 | $342,225.98 |
| 04/20/17 | 110 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Interim distribution representing 19.13% of Claim 2c | 7100-000 | | $1,593.69 | $340,632.29 |
| 04/20/17 | 111 | Greatamerica Financial Services Corp.<br>Attn: Peggy Upton, Litigation Specialist<br>Pob 609<br>Cedar Rapids, Ia 52406 | Interim distribution representing 19.13% of Claim 3 | 7100-000 | | $8,265.21 | $332,367.08 |
| 04/20/17 | 112 | Pension Benefit Guaranty Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Interim distribution representing 19.13% of Claim 4 | 7100-000 | | $23,383.32 | $308,983.76 |
| 04/20/17 | 113 | Pension Benefit Guaranty Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Interim distribution representing 19.13% of Claim 5 | 7100-000 | | $13,538.64 | $295,445.12 |

Page Subtotals: $0.00 $140,206.23

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/17 | 114 | Pension Benefit Guaranty Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Interim distribution representing 19.13% of Claim 6 | 7100-000 | | $96,232.95 | $199,212.17 |
| 04/20/17 | 115 | Illinois Department Of Commerce & Economic Opportunity<br>500 East Monroe Street, Floor 10<br>Springfield, Il 62701 | Interim distribution representing 19.13% of Claim 7 | 7100-000 | | $36,730.36 | $162,481.81 |
| 04/21/17 | | Associated Bank | Service Fee Reversal<br>Bank fee incurred in error. Amount was credited back to account on 4/20/17. | 2600-000 | | ($110.61) | $162,592.42 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $604.97 | $161,987.45 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $380.44 | $161,607.01 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $298.96 | $161,308.05 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $308.49 | $160,999.56 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $307.99 | $160,691.57 |
| 09/11/17 | 110 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Interim distribution representing 19.13% of Claim 2c Reversal<br>IRS returned the check because it was paid on their original claim. They amended their claim and are requesting a replacement check. | 7100-000 | | ($1,593.69) | $162,285.26 |

Page Subtotals: $0.00 $133,159.86

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/17 | 108 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Final Distribution representing 100% of claim 2b Reversal<br>IRS returned this check because it was paid on the IRS original claim. They since amended their claim and are requested a new payment. | | 4800-000 | | ($2,293.16) | $164,578.42 |
| 09/11/17 | 107 | Internal Revenue Service<br>Ccp-Lu T. Morice<br>Group 14, Stop 5114 Chi<br>230 S. Dearborn Street<br>Chicago, Il 6060 | Final Distribution representing 100% of claim 2 Reversal<br>IRS returned this check because it was paid on the IRS original claim. IRS amended its claim and is requesting a new payment. | | 5800-000 | | ($42,274.99) | $206,853.41 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $297.63 | $206,555.78 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $307.08 | $206,248.70 |
| 11/29/17 | 116 | LAW OFFICES OF ZANE L. ZIELINSKI<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | ORDER DATED 11/21/17 | | | | $9,920.25 | $196,328.45 |
| | | ZANE L. ZIELINSKI | | ($9,905.00) | 3210-000 | | | |
| | | ZANE L. ZIELINSKI | | ($15.25) | 3220-000 | | | |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $296.75 | $196,031.70 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $291.45 | $195,740.25 |
| 01/29/18 | 117 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. RANDOLPH STREET<br>SUITE 1150<br>CHICAGO, IL 60606 | Professional Compensation Fees approved by Court on 1/25/18 (Docket 105) | | | | $13,117.29 | $182,622.96 |
| | | ALAN D. LASKO & ASSOCIATES PC | Professional Compensation | ($13,033.70) | 3410-000 | | | |

Page Subtotals: $0.00 ($20,337.70)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.
Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ALAN D. LASKO & ASSOCIATES PC | Professional Compensation | ($83.59) | 3420-000 | | | |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $291.03 | $182,331.93 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $248.63 | $182,083.30 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $270.70 | $181,812.60 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $261.58 | $181,551.02 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $269.91 | $181,281.11 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $260.82 | $181,020.29 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $269.15 | $180,751.14 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $268.73 | $180,482.41 |
| 11/29/18 | 118 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 27.23 % per court order. | | 2100-000 | | $9,744.03 | $170,738.38 |
| 11/29/18 | 119 | ZANE L. ZIELINSKI<br>THE LAW OFFICES OF ZANE L. ZIELINSKI, P.C.<br>6336 N. CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | | 3210-000 | | $5,075.00 | $165,663.38 |
| | | | Page Subtotals: | | | $0.00 | $16,959.58 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/18 | 120 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $7,008.82 | $158,654.56 |
| | | ALAN D. LASKO & ASSOCIATES PC | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($6,983.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES PC | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($25.12) | 3420-000 | | | |
| 11/29/18 | 121 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Distribution | | | $44,503.05 | $114,151.51 |
| | | DEPARTMENT OF THE TREASURY | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($2,293.16) | 4300-000 | | | |
| | | DEPARTMENT OF THE TREASURY | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($38,823.83) | 5800-000 | | | |
| | | DEPARTMENT OF THE TREASURY | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 31.51 % per court order. ($3,386.06) | 7100-000 | | | |
| 11/29/18 | 122 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Final distribution to claim 1 creditor account # debtor SS#<debtor ssn masked> representing a payment of 11.41 % per court order. | 7100-000 | | $12,962.49 | $101,189.02 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $0.00 | $64,474.36 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.
Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8630
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/18 | 123 | Greatamerica Financial Services Corp.<br>Attn: Peggy Upton, Litigation Specialist<br>Pob 609<br>Cedar Rapids, Ia 52406 | Final distribution to claim 3 creditor account # debtor SS#<debtor ssn masked> representing a payment of 11.41 % per court order. | | 7100-000 | | $4,694.62 | $96,494.40 |
| 11/29/18 | 124 | Pension Benefit Guaranty Corporation<br>Attn: Rhonda Baird<br>Office Of The Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Distribution | | | | $75,631.65 | $20,862.75 |
| | | Pension Benefit Guaranty Corporation | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 11.41 % per court order. | ($13,281.66) | 7100-000 | | | |
| | | Pension Benefit Guaranty Corporation | Final distribution to claim 5 creditor account # debtor SS#<debtor ssn masked> representing a payment of 11.41 % per court order. | ($7,689.91) | 7100-000 | | | |
| | | Pension Benefit Guaranty Corporation | Final distribution to claim 6 creditor account # debtor SS#<debtor ssn masked> representing a payment of 11.41 % per court order. | ($54,660.08) | 7100-000 | | | |
| 11/29/18 | 125 | Illinois Department Of Commerce & Economic Opportunity<br>500 East Monroe Street, Floor 10<br>Springfield, Il 62701 | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 11.41 % per court order. | | 7100-000 | | $20,862.75 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $650,106.91 | $650,106.91 |
| Less: Bank Transfers/CD's | $24,474.59 | $0.00 |
| Subtotal | $625,632.32 | $650,106.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $625,632.32 | $650,106.91 |
| Page Subtotals: | $0.00 | $101,189.02 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885

Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380

For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein

Bank Name: Rabobank, N.A.

Account Number/CD#: XXXXXX9200

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/13 | 3 | Alternative Schools Network<br>1807 W. Sunnyside, Suite 1D<br>Chicago, IL 60640 | payment of A/R | 1121-000 | $23,409.72 | | $23,409.72 |
| 10/24/13 | 3 | UST<br>P.O. Box 22657<br>Santa Barbara, CA 93121 | payment of A/R | 1121-000 | $565.75 | | $23,975.47 |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $10.00 | $23,965.47 |
| 10/31/13 | 101 | East Bank Storage | Jobs for Youth - Nov Storage Fee Unit 3465 | 2410-000 | | $99.00 | $23,866.47 |
| 10/31/13 | 102 | Medley's Self Storage | November 2013 Storage Fee for Unit 055A (Jobs for Youth) | 2410-000 | | $200.00 | $23,666.47 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $31.86 | $23,634.61 |
| 12/02/13 | 4 | Essex Antiques & Collectibles Ltd<br>724 Forest<br>Evanston, IL 60602 | Sale of Assets | 1129-000 | $1,100.00 | | $24,734.61 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $38.87 | $24,695.74 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $36.70 | $24,659.04 |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $33.10 | $24,625.94 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $25,075.47 | $449.53 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-39885
Case Name: JOBS FOR YOUTH - CHICAGO, INC.

Taxpayer ID No: XX-XXX6380
For Period Ending: 01/24/2019

Trustee Name: Miriam R. Stein
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX9200
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $34.23 | $24,591.71 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $37.73 | $24,553.98 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $35.31 | $24,518.67 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $34.08 | $24,484.59 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $24,474.59 |
| 07/02/14 | | Transfer to Acct # xxxxxx8630 | Transfer of Funds | 9999-000 | | $24,474.59 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $25,075.47 | $25,075.47 |
| Less: Bank Transfers/CD's | $0.00 | $24,474.59 |
| Subtotal | $25,075.47 | $600.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,075.47 | $600.88 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $24,625.94 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8630 - Checking | $625,632.32 | $650,106.91 | $0.00 |
| XXXXXX9200 - Checking | $25,075.47 | $600.88 | $0.00 |
| | $650,707.79 | $650,707.79 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $650,707.79 |
| Total Gross Receipts: | $650,707.79 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|